# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**THE ESTATE OF SYLVILLE K. SMITH,**
    Plaintiff,

v.                                                    Case No. 17-CV-0862

**CITY OF MILWAUKEE, WISCONSIN, et al,**
    Defendants.

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding          Date: August 8, 2018
Time Commenced: 11:30 a.m.            Concluded: 11:48 a.m.
Deputy Clerk: ELT                         Court Reporter: Rich Ehrlich

APPEARANCES:

Plaintiff:      Danielle Hamilton and David Owens

Defendant:      Jan Smokowicz

Nature of Conference: Telephonic Status Conference

Notes:

Discovery request granted as to four of the eight identified categories. See court report transcript for details.