# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
_____

THE ESTATE OF SYLVILLE K. SMITH, et al.,

      Plaintiffs,

v.                                                            Case No. 17-CV-862

CITY OF MILWAUKEE,
and DOMINIQUE HEAGGAN-BROWN,

      Defendants.

_____

## ORDER TO FURTHER MODIFY SCHEDULING ORDER
_____

The parties having completed certain discovery in the above-captioned case, but have encountered delays in completing the remaining discovery in this case due to various issues and the schedules of the witnesses and counsel for the parties herein. Because of the foregoing, the parties, through their counsel, hereby stipulate to further amend the scheduling order herein of October 5, 2017, and this Court's text only orders of March 22, 2018 and July 30, 2018, as follows:

    1.     Plaintiffs are to disclose expert witnesses on or before December 31, 2018.

    2.     Defendants are to disclose expert witnesses on or before February 28, 2019.

    3.     The parties are to complete discovery herein is to be completed on or before March 29, 2019.

4. The parties may file dispositive motions no later than April 30, 2019.

Dated at Milwaukee, Wisconsin this 2nd day of November, 2018.

BY THE COURT:

s/Lynn Adelman_____
HONORABLE LYNN ADELMAN
United States District Court Judge
Eastern District of Wisconsin

1032-2017-1371/254495