IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| The ESTATE of SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf. | No. 2:17 cv 862-LA |
| Plaintiffs, | Hon. Lynn Adelman, presiding |
| v. | |
| | JURY TRIAL DEMANDED |
| CITY OF MILWAUKEE, WISCONSIN AND DOMINIQUE HEAGGAN-BROWN, | |
| Defendants. | |

_____

# DECLARATION OF DAVID B. OWENS
## IN SUPPORT OF PLAINTIFF'S RESPONSE IN
## OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, David B. Owens, under penalty of perjury, declare and state that:

1. I am an attorney licensed to practice in the State of Illinois, California, and Washington State.

2. I represent the Plaintiffs in this matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Interrogatory Responses.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Medical Examiner's Trial Testimony.

5. Attached hereto as Exhibit 3 is a true and correct copy of Defendant Heaggan-Brown's Psychological Report.

6. Attached hereto as Exhibit 4 is a true and correct copy of Defendant Heaggan-Brown's Disciplinary Report.

7. Attached hereto as Exhibit 5 is a true and correct copy of Defendant Heaggan-Brown's DCI Statement on August 15, 2016.

8. Attached hereto as Exhibit 6 is a true and correct copy of Excerpts of Volume I of Defendant Heaggan-Brown's Deposition.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Milwaukee Police Department's Standard Operating Procedures Acknowledgement Sheet for Defendant Heaggan-Brown.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of MPD Employee Nicole Waldner's Deposition.

11. Attached hereto as Exhibit 9 is a true and correct copy of MPD Requirements of Use of Force Outliers.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Michael Brunson's Deposition.

13. Attached hereto as Exhibit 11 is a true and correct copy of MPD's Early Intervention Benchmarks.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of former Chief of Police Edward Flynn's Deposition.

15. Attached hereto as Exhibit 13 is a true and correct copy of Defendant Heaggan-Brown's Employee Case File History.

16. Attached hereto as Exhibit 14 is a true and correct copy of the MPDS Use of Force Outliers Lists for 2015 and 2016.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Use of Force History for Defendant Heaggan-Brown.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of Dennis Waller, Plaintiffs' expert.

    a. Exhibit 16-1 is Mr. Waller's C.V.

    b. Exhibit 16-2 is Mr. Waller's Expert Report

    c. Exhibit 16-3 is Mr. Waller's Rebuttal Report

19. Attached hereto as Exhibit 17 is a true and correct copy of the Complaint in *Martin v. Heaggan-Brown*, No. 2:16 cv1702-LA (E.D. Wis.).

20. Attached hereto as Exhibit 18 is a true and correct copy of the Docket Sheet in *Martin v. Heaggan-Brown*.

21. Attached hereto as Exhibit 19 is a true and correct copy of the MPD Use of Force Committee Memorandum, August 11, 2016.

22. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of MPD Officer Richard Voden's Deposition.

23. Attached hereto as Exhibit 21 is a true and correct copy of the Officer Voden's Statement to DCI.

24. Attached hereto as Exhibit 22 is a true and correct copy of DCI's CAD History Report for the August 13, 2016 call.

25. Exhibit 23 is a true and correct copy of the Radio Audio of Heaggan-Brown, Malafa, and Voden (sent via disc).

26. Attached hereto as Exhibit 24 is a true and correct copy of excerpts of Volume 2 of Defendant Heaggan-Brown's Deposition.

27. Exhibit 25 is a true and correct copy of Officer Heaggan-Brown's Body Camera Video (sent via disc).

28. Exhibit 26 is a true and correct copy of Officer Heaggan-Brown's Body Camera Stills (sent via disc).

29. Attached hereto as Exhibit 27 is a true and correct copy of excerpts of MPD Employee Allen Groszczyk's Deposition.

30. Attached hereto as Exhibit 28 is a true and correct copy of excerpts of Robert Willis' Deposition.

31. Attached hereto as Exhibit 29 is a true and correct copy of excerpts of Ndiva Malafa's Deposition.

32. Attached hereto as Exhibit 30 is a true and correct copy of Special Agent Novak's Trial Testimony in *State v. Heaggan-Brown*, No. 2016-CF-55662.

33. Attached hereto as Exhibit 31 is a true and correct copy of TASER AXON CAMERA MANUAL.

34. Exhibit 32 is a true and correct copy of Ndiva Malafa's Body Camera Video (sent via disc).

35. Exhibit 33 is a true and correct copy of Ndiva Malafa's Body Camera Stills (sent via disc).

36. Attached hereto as Exhibit 34 is a true and correct copy of the City's Responses to Plaintiff's Requests For Admission.

37. Attached hereto as Exhibit 35 is a true and correct copy of MPD Critical Incidents Standard Operating Procedure.

38. Attached hereto as Exhibit 36 is a true and correct copy of excerpts of MPD Sgt. Dwayne Pratchet's Deposition.

39. Attached hereto as Exhibit 37 is a true and correct copy of Defendant Heaggan-Brown's Public Safety Statement.

40. Attached hereto as Exhibit 38 is a true and correct copy of the Officer Malafa's Public Safety Statement.

41. Attached hereto as Exhibit 39 is a true and correct copy of the DCI Report and Criminal Complaint in *State v. Heaggan-Brown*, No. 2016-CF-55662.

42. Attached hereto as Exhibit 40 is a true and correct copy of Opening Statements in *State v. Heaggan-Brown*, No. 2016-CF-55662 (June 13, 2017).

43. Attached hereto as Exhibit 41 is a true and correct copy of the testimony of Special Agent Gibbs in *State v. Heaggan-Brown*, No. 2016-CF-55662 (June 16, 2017).

44. Attached hereto as Exhibit 42 is a true and correct copy of the criminal complaint in *State v. Heaggan-Brown*.

45. Attached hereto as Exhibit 43 is a true and correct copy of the Malafa-Voden Call History for August 13, 2016.

46. Attached hereto as Exhibit 44 is a true and correct copy of the Detailed History for Police Call.

47. Attached hereto as Exhibit 45 is a true and correct copy of a Photograph of Ford Fusion.

48. Attached hereto as Exhibit 46 is a true and correct copy of the Search Warrant Return for Ford Fusion.

49. Attached hereto as Exhibit 47 is a true and correct copy of DCI Interview with Demario Pritchard.

50. Attached hereto as Exhibit 48 is a true and correct copy of DCI Interview of Vanessa Lee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 14, 2019

/s/ David B. Owens
David B. Owens

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St., 3 Fl.
Chicago, IL 60607
312-243-5900
david@loevy.com

**CERTIFICATE OF SERVICE**

     I, David B. Owens, an attorney, certify that on June 14, 2019, the foregoing Declaration was sent via CM/ECF to all counsel of record.

                                                      /s/ David B. Owens