IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf, | ) ) ) ) ) No. 17-cv-862 |
| Plaintiffs, | ) ) JURY TRIAL DEMANDED |
| v. | ) ) ) |
| CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN, | ) ) ) |
| Defendants. | ) ) |

# EXHIBIT 1

Plaintiff's Discovery Responses to Defendant City of Milwaukee's First Set of Written Interrogatories and Requests for Production of Documents to Plaintiffs

(FILED UNDER SEAL)

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900