IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf,<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN,<br><br>   Defendants. | No. 17-cv-862<br><br><br><br>JURY TRIAL DEMANDED |

# EXHIBIT 4

Heaggan-Brown IAD Investigation for July 2013 Party

(FILED UNDER SEAL)

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900