IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN,<br><br>    Defendants. | No. 17-cv-862<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 7

SOP Acknowledgment form (Waldner Deposition Exh 13)

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

| Peoplesoft | Member | Work Location | Topic Acknowledgement | Date T/A Released | Acknowledge Status |
|---|---|---|---|---|---|
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Color of Law Video #55 | 7/15/2012 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Scope of Employment - Video #56 | 7/25/2012 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Department Equal Employment Opportunity (EEO) | 1/28/2013 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Code of Conduct Certification | 1/28/2013 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Understanding Your Responsibilities | 1/28/2013 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 660 Vehicle Pursuits | 2/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 725 Crime Scene Investigations | 2/13/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 730 Mobile Digital Video Recording Equipment | 2/13/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 735 Automated License Plate Readers | 2/13/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 002 Law Enforcement Officer Safety Act | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 160 Mentally Ill Persons | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 390 Licensed Persons/Premises Investigations | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 260 Record Retention | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 410 Issuance of Worthless Checks | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 430 Parking Enforcement | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 510 Workplace Safety Grievance | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 630 Vehicle Thefts, Prior Authority Vehicle Use and Theft By Fraud | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 770 Drug Testing | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 780 Police Facilities Security | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 980 Crossing Guards | 3/4/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 540 Board Up Services | 3/13/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 590 Internship Program | 3/13/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 680 Computer Equipment, Applications and Systems | 3/13/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 690 Electronic Information Requests | 3/13/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 040 Limited Duty Status | 4/7/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 050 Transfers | 4/7/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 310 Foot/Bicycle Patrols | 4/7/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 475 Military Deployment/Reintegration | 4/7/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 130 Foreign Nationals-Diplomatic Immunity-Immigration Enforcement | 4/24/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 380 Landlord-Tenant Disputes | 4/24/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 950 Damage Claims | 4/24/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 020 Jury Duty | 5/12/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 085 Citizen Contacts, Field Interviews, Search and Seizure | 5/12/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 170 Intoxicated and Incapacitated Persons | 5/12/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 263 Records Management | 5/12/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 265 Open Records | 5/12/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 520 Equal Employment Opportunity Policy | 5/12/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 005 Rank Structure of the Milwaukee Police Department | 6/2/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 530 Nuisance Premises | 6/2/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 685 Social Networking Sites | 6/2/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 890 Civil Litigation | 6/2/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 960 Correction/Discipline Form (PD-30E) | 6/2/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP Search Warrants | 6/2/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 015 Membership In Authorized Organizations | 9/5/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 030 Written Department Directives | 9/5/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 045 Physical Fitness | 9/5/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 080 Family Medical Leave Act And Other Leaves | 9/5/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 082 Training And Career Development | 9/5/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 090 Prisoners And Booking | 9/5/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 112 Sexual Assault | 9/5/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 113 Crimes Against Children | 9/5/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 114 Domestic Violence | 9/5/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 270 Field Training Evaluation Program | 9/26/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 300 Directed Patrol Mission/Saturation Patrols | 9/26/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 320 Canines | 9/26/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 330 Truancy Abatement - Burglary Suppression | 9/26/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 340 Uniforms/Equipment/Appearance | 9/26/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 400 Off-Duty, Extra-Duty And Special Event Employment | 9/26/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 430 Parking Enforcement | 9/26/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 466 Patrol Rifle | 9/26/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 485 Traffic Related Duties | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 490 Merit Award Program | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 500 Personnel Evaluations | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 520 Equal Employment Opportunity Policy | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 550 Time Sheet Preparation | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 555 Compensation And Overtime Procedures | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 560 Property | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 570 Public Information Policy | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 580 Ride Along Program | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 610 Towing Of Vehicles | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 640 Departemnt Owned Vehicles And Property | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 650 Vehicle Crashes | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 660 Vehicle Pursuits And Emergency Vehicle Operations | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 665 Tire Deflation Devices | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 670 Bomb Threats, Suspicious Packages And Improvised Explosive Devices | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 680 Computer Equipment, Applications And Systems | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 700 Case Management | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 710 Victim/Witness Rights And Assistance | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 720 Search Assistance By Flight For Life Helicopter | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 725 Crime Scene Investigations | 9/29/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 730 Mobile Digital Video/Audio Recording Equipment | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 740 Forensic Evidence Collection | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 750 Audio-Video Recorded Interviews/Interrogations | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 755 Recording Of Police Activity | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 760 Controlled Substances | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 765 Asset Forfeiture | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 780 Police Facilities Security | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 860 Civilian Member Grievance Procedure | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 865 Collective Bargaining | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 870 Suspensions/Official Discipline | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | (illegible) | 9/30/2014 | Acknowledged |

Waldner EXHIBIT 13 10/30/18 SN Gramann Reporting, Ltd.

| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 970 Search Warrants | 9/30/2014 | Acknowledged |
|---|---|---|---|---|---|
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 975 Confidential Informants And Sources Of Information | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 990 Inspections | 9/30/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 900 Hazard Mitigation Plan | 10/2/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 520 Equal Employment Opportunity Policy | 10/2/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 930 Crime Watch Signs | 10/2/2014 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 070 Citation Procedures | 9/17/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 085 Citizen Contacts/Field Interviews/Search and Seizure | 9/17/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 113 Crimes Against Children | 9/17/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 190 Limited English Proficiency (LEP) / Hearing Impaired Persons | 9/17/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 220 Arrest Authority | 9/17/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 263 Records Management | 9/17/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 340 Uniforms/Equipment/Appearance | 9/17/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 610 Towing of Vehicles (1) | 9/17/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 150 Court Procedures | 10/5/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 150 Court Procedures | 10/5/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 180 Missing Persons | 10/5/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 500 Personnel Evaluations | 10/5/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 660 Vehicle Pursuits and Emergency Vehicle Operations | 10/5/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 727 Death Notification | 10/5/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 735 Automated License Plate Reader (ALPR) | 10/5/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 760 Controlled Substances | 10/5/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 975 Confidential Informants and Sources of Information | 10/5/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 500 Personnel Evaluations | 11/12/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 550 Time Sheet Preparation | 11/12/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 170 Intoxicated-Incapacitated Persons | 11/13/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 380 Landlord-Tenant Disputes | 12/1/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 530 Nuisance Premises | 12/1/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 060 Animals | 12/3/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 082 Training and Career Development | 12/3/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 090 Prisoners and Booking | 12/4/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 130 Foreign National/Diplomatic Immunity/ImmigrationEnforcement | 12/4/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 500 Personnel Evaluations | 12/4/2015 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 340 Uniforms/ Equipment /Appearance | 1/6/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 630 Vehicle Thefts, Prior Authority Vehicle Use and Theft by Fraud | 1/6/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 660 Vehicle Pursuits and Emergency Vehicle Operations | 1/6/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 030 Written Department Directives | 2/2/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 430 Parking Enforcement | 2/2/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 140 Juvenile Procedures | 2/3/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 150 Court Procedures | 2/3/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 175 Administration of Naloxone | 2/4/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 466 Patrol Rifle | 2/4/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 015 Membership in Authorized Organizations | 3/8/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 085 Citizen Contacts, Field Interviews, Search and Seizure | 3/8/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 150 Court Procedures | 3/9/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 180 Missing Persons | 3/9/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 340 Uniforms/Equipment/Appearance | 3/10/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 455 Critical Incident Review Board | 3/10/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 670 Bomb Threats, Suspicious Packages and Improvised Explosive Devices | 3/11/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 165 Homeless Persons | 3/23/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 375 Electronic Satellite Pursuit System | 3/24/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 455 Critical Incident Review Board | 4/11/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 500 Personnel Evaluations | 4/11/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 150 Court Procedures | 4/12/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 560 Property | 4/12/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 170 Intoxicated/Incapacitated Persons | 4/13/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 450 Personnel Investigations | 4/13/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 450 Personnel Investigations | 4/13/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 685 Social Networking Sites | 4/14/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 960 Correction/Discipline Form | 4/14/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 040 Limited Duty Status | 4/27/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 190 Limited English Proficiency/Hearing Impaired Persons | 5/10/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 660 Vehicle Pursuits and Emergency Vehicle Operations | 5/11/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | 650 - Vehicle Crashes | 7/23/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 747 Body Worn Camera | 7/15/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 747 Body Worn Camera | 7/15/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 747 Body Worn Camera | 7/15/2016 | Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 010 Absence | 9/5/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 060 Animals | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 070 Citation Procedures | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 115 Crimes Against The Elderly | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 120 Operating While Intoxicated | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 150 Court Procedures | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 160 Mentally Ill Persons | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 165 Homeless Persons | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 180 Missing Persons | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 200 Project Management | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 190 Limited English Proficiency (LEP) Hearing Impaired | 9/19/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 001 Fair And Impartial Policing | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 085 Citizen Contacts, Field Interviews, Search And Seizure | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 140 Juvenile Procedures | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 210 Communicable Diseases | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 220 Arrest Authority | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 230 Mutual Aid | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 240 Eyewitness Identification Procedures | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 250 Communications | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 263 Records Management | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 265 Open Records | 9/25/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 360 Computer Mug Shot System | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 375 Electronic Satellite Pursuit System | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 420 Graffiti Vandalism | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 425 Early Intervention Program | 9/26/2014 | Never Acknowledged |

| ID | Officer | Hours | Policy | Date | Status |
|---|---|---|---|---|---|
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 450 Personnel Investigations | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 453 Officer Involved Deaths And Other Critcal Incidents | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 455 Critical Incident Review Board | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 460 Use Of Force | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 465 Hand-Held Chemical Agent | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 340 Uniforms/Equipment/Appearance | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 467 Electronic Control Device | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 480 Military Courtesy, Honor Guard And Escorts | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 280 Alarms | 9/26/2014 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | State of Wisconsin ACADIS portal #1 | 1/12/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | State of Wisconsin ACADIS portal #2 | 1/12/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 010 Absence | 2/3/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 015 Membership in Authorized Organizations | 2/3/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 090 Prisoners and Booking | 2/3/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 160 Mentally Ill Persons | 2/3/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 340 Uniforms/Equipment/Appearance | 2/3/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 265 Open Records | 2/10/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 485 Traffic Related Duties | 2/10/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 745 Shotspotter Gunshot Location System | 2/10/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 762 Pharmaceutical Collection and Disposal | 2/10/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 010 Absence | 4/1/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 005 Rank Structure of the Milwaukee Police Department | 4/1/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 090 Prisoners and Booking | 4/1/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 340 Uniforms/Equipment/Appearance | 4/1/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 460 Use of Force | 4/1/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 640 Department Owned Vehicles and Property | 4/1/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Code of Conduct | 7/21/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 005 Rank Structure of the Milwaukee Police Department | 9/9/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 090 Prisoners and Booking | 9/9/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 175 Administration of Naloxone | 9/9/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 265 Open Records | 9/9/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 267 Budget and Finance | 9/9/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 390 Licensed Persons/Premises Investigations | 9/9/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 460 Use of Force | 9/9/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 570 Public Information Policy | 9/9/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 160 Persons with Mental Illness | 9/17/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 450 Personnel Investigations | 9/17/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 610 Towing of Vehicles (2) | 9/17/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 760 Controlled Substances | 9/17/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 560 Property | 10/5/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 760 Controlled Substances | 11/11/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 900 Hazard Mitigation Plan | 11/11/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 190 Limited English Proficiency-Hearing Impaired Persons | 11/13/2015 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 640 Department Owned Vehicles and Property | 3/11/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 975 Confidential Informants and Sources of Information | 3/23/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 130 Foreign Nationals/ Diplomatic Immunity/ Immigration Enforcement | 3/24/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 070 Citation Procedures | 6/21/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 140 Juvenile Procedures | 6/21/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 230 Mutual Aid | 6/22/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 263 Records Management | 6/22/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 465 Hand-Held Chemical Agent | 6/23/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 710 Victim Witness Rights and Assistance | 6/24/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 970 Search Warrants | 6/24/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 700 Case Management | 7/8/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 740 Forensic Evidence Collection | 7/14/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 765 Asset Forfeiture | 7/14/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 453 Officer-Involved Deaths and Other Critical Incidents | 7/15/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 730 Mobile Digital Video / Audio Recording Equipment | 7/15/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 172 Sick and Injured Persons | 7/25/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 175 Administration of Naloxone | 7/25/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Guide for Law Enforcement Officers When in Contact with People Who are Deaf or Hard of Hearing | 8/25/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 280 Alarms | 9/2/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 465 Hand-Held Chemical Agent | 9/2/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 010 Absence | 9/9/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 340 Uniforms / Equipment / Appearance | 9/9/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 085 Citizen Contacts, Field Interviews, Search and Seizure | 9/23/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 190 Limited English Proficiency (LEP) / Hearing Impaired Persons | 9/23/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 560 Property | 10/10/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 580 Ride-Along Program | 9/23/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 117 Interactions with Transgender Individuals | 10/10/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 263 Records Management | 10/31/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 010 Absence | 11/29/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 085 Citizen Contacts, Field Interviews, Search and Seizure | 11/11/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 500 Personnel Evaluations | 12/2/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 510 Workplace Safety Grievance | 11/29/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 755 Recording of Police Activity | 12/2/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 762 Pharmaceutical Collection and Disposal | 12/2/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 120 Operating while Intoxicated | 12/5/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 990 Inspections | 12/5/2016 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 005 Rank Structure of the Milwaukee Police Department | 1/3/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 180 Missing Persons | 1/3/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 740 Forensic Evidence Collection | 1/4/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 743 National Integrated Ballistics Information Network Program | 1/4/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 400 Off-Duty, Extra-Duty, and Special Event Employment | 1/12/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 720 Search Assistance by Flight for Life Helicopter | 1/18/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 070 Citation Procedures | 1/31/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 140 Juvenile Procedures | 1/31/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 210 Communicable Diseases | 1/31/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 114 Domestic Violence | 2/7/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 975 Confidential Informants and Sources of Information | 3/1/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 725 Crime Scene Investigations | 3/1/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Department Owned Vehicles and Property | 3/6/2017 | Never Acknowledged |

| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 665 Tire Deflation Devices | 3/9/2017 | Never Acknowledged |
|---|---|---|---|---|---|
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 060 - Animals | 3/9/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 340 Uniforms Equipment and Appearance | 3/10/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 080 Family Medical Leave Act and Other Leaves | 3/16/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 770 Drug Testing | 3/10/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 950 Damage Claims | 3/28/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 670 Bomb Threats, Suspicious Packages, and Improvised Explosive Devices | 3/27/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 740 - Forensic Evidence Collection | 4/18/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 890 - Civil Litigation | 4/18/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 220 - Arrest Authority | 4/24/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Code of Conduct | 3/15/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 467 - Electronic Control Device | 4/25/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 870 - Suspensions Official Discipline | 4/25/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 466 Patrol Rifle | 5/8/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 263 - Records Management | 5/22/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 455 - Critical Incident Review Board | 5/22/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 265 - Open Records | 5/31/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 685 - Social Networking Sites | 5/31/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 440 - Early Intervention Program | 6/1/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 730 - Mobile Digital Video / Audio Recording Equipment | 6/1/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 150 Court Procedures | 6/7/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 555 - Compensation and Overtime Procedures | 6/7/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 300 - Directed Patrol Mission / Saturation Patrols | 6/12/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 860 - Civilian Member Grievance Procedure | 6/12/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | Fentanyl and Carfentanyl Unintended Overdose Risks | 6/22/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 082 - Training and Career Development | 6/23/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 270 - Field Training and Evaluation Program | 6/23/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 130 - Foreign Nationals - Diplomatic Immunity - Immigration Enforcement | 7/17/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 467 - Electronic Control Device | 7/17/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 114 - Domestic Violence | 7/25/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 114 - Domestic Violence | 9/7/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 320 - Canines | 9/15/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 580 - Ride Along Program | 9/15/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 660 - Vehicle Pursuits and Emergency Vehicle Operations | 9/22/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 113 - Crimes Against Children | 10/18/2017 | Never Acknowledged |
| 019769 | POLICE OFFICER DOMINIQUE HEAGGAN | 72 | SOP 560 - Property | 10/18/2017 | Never Acknowledged |