IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN,<br><br>Defendants. | No. 17-cv-862<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 8

Waldner Deposition Transcript

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

In the Estate of Sylville K. Smith vs City of Milwaukee, et al.

2:17 cv 862-LA

Transcript of the Testimony of:

# OFFR. NICOLE J. WALDNER

October 30, 2018





```
 1            IN THE UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF WISCONSIN
     ------------------------------------------------------
 3
     The ESTATE OF SYLVILLE K. SMITH,
 4   by Personal Representative Mildred
     Haynes, Patrick Smith, and Mildred
 5   Haynes, on her own behalf,

 6                 Plaintiffs,

 7           vs.                 Case No. 2:17 cv 862-LA

 8   CITY OF MILWAUKEE, WISCONSIN
     AND DOMINIQUE HEAGGAN-BROWN,
 9
                   Defendant.
10
     ------------------------------------------------------
11

12

13         Deposition of OFFR. NICOLE J. WALDNER

14              Tuesday, October 30th, 2018

15
                          1:07 p.m.
16
                             at
17
                   CITY ATTORNEY'S OFFICE
18                   841 North Broadway
                     Milwaukee, Wisconsin
19

20

21

22

23

24          Reported by Sandra K. Nelson

25          Registered Professional Reporter
```

```
 1                  Deposition of OFFR. NICOLE J. WALDNER,
 2          a witness in the above-entitled action, taken at
 3          the instance of the Plaintiffs, pursuant to the
 4          Federal Rules of Civil Procedure, pursuant to
 5          Notice, before Sandra K. Nelson, RPR and Notary
 6          Public, State of Wisconsin, at the CITY
 7          ATTORNEY'S OFFICE, 841 North Broadway, Suite 716,
 8          Milwaukee, Wisconsin 53202-3515, on the 30th day
 9          of October, 2018 commencing at 1:07 p.m. and
10          concluding at 2:01 p.m.
11
12   A P P E A R A N C E S:
13              LOEVY & LOEVY, by
                  Ms. Danielle Hamilton
14                311 North Aberdeen Street, Suite 300
                  Chicago, Illinois 60607
15                Appeared on behalf of Plaintiffs;
16              CITY ATTORNEY'S OFFICE, by
                  MS. Naomi E. Gehling
17                841 North Broadway, Suite 716
                  Milwaukee, Wisconsin 53202-3515
18                Appeared on behalf of Defendant.
19
20                   E X A M I N A T I O N
21   BY MS. HAMILTON:                                        3
22
23                        E X H I B I T S
     EXHIBIT NO.                                   PAGE IDENTIFIED
24
     Exh. 13   Topic Acknowledgment for Dominique        21
25             Heaggan
```

```
 1                  TRANSCRIPT OF PROCEEDINGS
 2              OFFR. NICOLE J. WALDNER, called as a
 3   witness herein, having been first duly sworn on oath,
 4   was examined and testified as follows:
 5                          EXAMINATION
 6   BY MS. HAMILTON:
 7   Q     Good afternoon.
 8   A     Hi.
 9   Q     My name is Danielle Hamilton.  I represent the
10         plaintiffs in this case.  Can you state your name
11         and spell it for the record?
12   A     Nicole Waldner; N-I-C-O-L-E, W-A-L-D-N-E-R.
13   Q     And where are you currently employed?
14   A     Milwaukee Police Department.
15   Q     And what is your title there?
16   A     Captain-training director.
17   Q     Okay.  And what is the captain or the training
18         director -- what are the job responsibilities?
19   A     All training of new recruits, police aides, and
20         continuous training for veteran officers.
21   Q     Do you provide continuous training for police
22         officers after they've passed the recruitment
23         period?
24   A     Yes.  Those were the veterans I meant.  That's
25         what I was referring to.
```

1  A   I don't know of any.
2  Q   And officers are not allowed to pick and choose
3      which topics they acknowledge or don't
4      acknowledge, correct?
5  A   No.  On the computer screen, every single one of
6      them that is new or changed is listed.
7  Q   And they're required, pursuant to the rules of
8      the department, in training to review those topic
9      acknowledgments and acknowledge that they've read
10     them; is that correct?
11 A   Yes.
12 Q   And would officers be able to -- take use of
13     force, for example.  If an officer had not signed
14     the standard operating procedure for use of
15     force, would they be able to use force out in the
16     field?
17 A   Sign it?  You mean as a topic acknowledgment?
18     Like the change?
19 Q   Right.
20 A   Yes, they would still use force.
21 Q   So there's no requirement from a training
22     perspective that they acknowledge these topics in
23     order to be able to -- if we're using force as an
24     example, there's no requirement they have to sign
25     the standard operating procedure for use of force

1              in order to use force out in the field?
2     A    No.  They would have had that -- this in
3              training.
4                         But the change -- I don't know
5              that there's a way to determine -- well,
6              apparently there is.  I've never seen this
7              before, like, if they read it or not.
8     Q    Okay.  I think -- I don't have any more questions
9              about this so you can put that aside.
10    A    This?
11    Q    Yeah.  So what are training officers given
12             regarding whether they can use force -- use
13             lethal force against a civilian?
14    A    That would be in the use of force training within
15             the recruit program and then if it comes up as an
16             in-service topic.
17    Q    How do topics come up as in-service?
18    A    Many different ways.  Some of them are dictated
19             by the state, some of them will be dictated by
20             the executive staff, there's other committees.
21                        And I tend to -- well, I used to
22             go to internal affairs and say, "What are you
23             seeing as a trend that I need to train?  Like
24             what are we getting wrong?  Where are the
25             complaints coming from?"