IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN,<br><br>    Defendants. | No. 17-cv-862<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 10

Brunson Deposition Transcript

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

In the Estate of Sylville K. Smith vs City of Milwaukee, et al.

2:17 cv 862-LA

Transcript of the Testimony of:

# MICHAEL BRUNSON

October 22, 2018





```
         IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF WISCONSIN
---------------------------------------------------------

The ESTATE of SYLVILLE K. SMITH,
by Personal Representative Mildred
Haynes, Patrick Smith, and Mildred
Haynes, on her own behalf,

            Plaintiffs,

         vs.                    Case No. 2:17 cv 862-LA

CITY OF MILWAUKEE, WISCONSIN
AND DOMINIQUE HEAGGAN-BROWN,

            Defendants.

---------------------------------------------------------




              30(b)(6) Deposition of

       ASST. CHIEF OF POLICE MICHAEL BRUNSON


             Monday, October 22nd, 2018


                    1:59 p.m.

                       at

          MILWAUKEE CITY ATTORNEY'S OFFICE
          841 North Broadway, Seventh Floor
                Milwaukee, Wisconsin




          Reported by Kealoha A. Schupp, RPR
```

        30(b)(6) deposition of ASST. CHIEF OF POLICE MICHAEL BRUNSON, a witness in the above-entitled action, taken at the instance of the Plaintiffs, pursuant to the Federal Rules of Civil Procedure, pursuant to notice, before Kealoha A. Schupp, RPR and Notary Public, State of Wisconsin, at MILWAUKEE CITY ATTORNEY'S OFFICE, 841 North Broadway, Seventh Floor, Milwaukee, Wisconsin, on the 22nd day of October, 2018, commencing at 1:59 p.m. and concluding at 4:40 p.m.

A P P E A R A N C E S:

    LOEVY & LOEVY, by
      Mr. David B. Owens
      Ms. Danielle Hamilton
      311 North Aberdeen Street, Third Floor
      Chicago, Illinois 60607
      Appeared on behalf of Plaintiffs.

    MILWAUKEE CITY ATTORNEY'S OFFICE, by
      Ms. Naomi E. Gehling
      841 North Broadway, Seventh Floor
      Milwaukee, Wisconsin 53202
      Appeared on behalf of Defendants.

```
 1                      ** I N D E X **
 2                     E X A M I N A T I O N
 3  BY MR. OWENS................................    4
 4
 5            PREVIOUSLY MARKED EXHIBITS
 6  EXHIBIT NO.                              PAGE IDENTIFIED
 7  Exh. 1    Amended Notice                       12
    Exh. 3    Early Intervention Performance &     58
 8            Benchmark Changes
    Exh. 8    Employee Case File History           38
 9  Exh. 9    8/11/16 Memorandum
    Exh. 13   Citizen Complaint Summary            51
10
11
12                     E X H I B I T S
13  EXHIBIT NO.                              PAGE IDENTIFIED
14  Exh. 3    10/29/13 Meeting Minutes             28
    Exh. 4    7/3/14 Memorandum                    28
15  Exh. 5    Use of Force History for Employee    39
    Exh. 6    Firearm Force Incidents - Police     75
16            Related Shootings of Civilians
    Exh. 7    Personnel Investigations SOP         99
17
18     (Original exhibits retained by court reporter and
19              attached to original transcript.)
20
21
22                      R E Q U E S T S
23  ITEM REQUESTED                                      PAGE
24  Audit Criteria                                      108
25
```

```
 1               TRANSCRIPT OF PROCEEDINGS
 2               MICHAEL BRUNSON, called as a witness
 3       herein, having been first duly sworn on oath, was
 4       examined and testified as follows:
 5                        EXAMINATION
 6   BY MR. OWENS:
 7   Q   All right.  Sir, would you please state and spell
 8       your name for the record?
 9   A   My name is Michael J. Brunson, Sr., spelled
10       M-I-C-H-A-E-L, J is for Jabbar, which is my middle
11       name, and then last name is Brunson,
12       B-R-U-N-S-O-N, and then senior.
13   Q   Where are you employed?
14   A   City of Milwaukee Police Department.
15   Q   What is your role with the Milwaukee Police
16       Department, sir?
17   A   Right now I'm an assistant chief of police.  I am
18       over the patrol bureau, which is the seven police
19       districts; the office of community outreach and
20       education; the specialized patrol division, which
21       is the motorcycles, tactical enforcement unit, or
22       also known as SWAT; and many departments, planning
23       and logistics, crash reconstruction unit, and the
24       executive protection unit.
25   Q   Did you say "crash reconstruction"?
```

```
 1            together to review -- basically as a risk
 2            management tool in order to address, you know, any
 3            issues that we saw with officers that use force
 4            more than their peers.
 5    Q       Okay.  So that resulted in standard operating
 6            procedures for early intervention, correct?
 7    A       Early intervention -- "EIP" is what it was
 8            called -- was established even before 2013.
 9    Q       Okay.
10    A       So that was something that -- so early
11            intervention kind of went on a separate track than
12            the -- I guess if you want to say -- and the whole
13            use of force committee was not thought to be a
14            disciplinary.  It was thought to be a risk
15            management tool that we used to try to address
16            risk or potential risk on our department.
17                         So the EIP was thought of as an
18            intervention tool to address any issues that
19            officers may have.  It could have been personal.
20                         So it was kind of on a separate
21            track, to a certain degree.
22    Q       All right.  So let's try to make sure we're using
23            the same vocabulary.
24                         I believe what you're talking to,
25            the use of force committee, as a result of that
```

1       cameras, officers on the outlier list would have
2       to be the ones who had some, correct?
3  A    Yes.
4  Q    All right.  And then outliers were defined as
5       members who had use of force incidents that are
6       standard -- that are at least three standard
7       deviations above the average number of use of
8       force incidents department-wide over a six or
9       one-month period, correct?
10 A    Correct.
11              MS. GEHLING:  Incorrect.  "One-year."
12      Sorry.  You said "six or one-month."  It's not --
13      six-month or one-year.
14              THE WITNESS:  Or one-year, yeah.
15 BY MR. OWENS:
16 Q    All right.  Let's ask it again.
17 A    Okay.
18 Q    Outliers were defined as department members who
19      had a certain number of uses of force incidents
20      that are three standard deviations above the
21      average number of use of force incidents
22      department-wide over a six-month or one-month
23      period, correct?
24 A    One-year.
25 Q    I did it again.

```
 1                     Over a one-year period, correct?
 2   A    Correct.
 3   Q    All right.  Six-month or one-year period, correct?
 4   A    Correct.
 5   Q    All right.  And certain types of uses of force
 6        would be eliminated from that?
 7   A    Yes.
 8   Q    And so the policy -- the outlier policy was
 9        adopted to reflect this statistically significant
10        number of three standard deviations above the
11        average, correct?
12   A    Correct.
13   Q    And in implementing that sort of statistical
14        privilege the policy set for individuals who have
15        three use of force incidents within a number of
16        days, correct?
17   A    Three standard deviations, so whatever that would
18        be.  You said three, three incidents.
19                     So it may fluctuate based on
20        whatever that standard deviation is.
21   Q    Okay.
22   A    Or the average of -- the average of the mean.
23   Q    Well, I thought that the way this was implemented
24        was that it generally became the officers who had
25        three use of force incidents within 90 days.  Is
```