IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | | |
|---|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf, | ) ) ) ) | No.  17-cv-862 |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN, | ) ) | |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 11

Early Intervention Performance and Benchmark Changes

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

# Early Intervention Performance & Benchmark Changes 2008-Present

## Performance Indicators:

Sustained or Not Sustained personnel investigation (including PD-30), (Original)

Battery related personnel investigation (added as of January 1, 2014 )

Alcohol related personnel investigation (added as of January 1, 2014)

Sexual assault related personnel investigations (new as of January 1, 2015)

Squad accident, (Original)

Reportable use of force incident, (Original)

Vehicle pursuits, (Original)

Sick Leave (3 Instances/90 Days) usage (added September 18, 2009)

## Benchmarks:

A total of three (3) or more Sustained or Not Sustained personnel investigations or PD-30's issued within 90 days, (Original)

One (1) battery related personnel investigation (added as of January 1, 2014)

One (1) alcohol related personnel investigation (added as of January 1, 2014)

One (1) sexual assault related personnel investigation (added as of January 1, 2015)

A total of two (2) or more squad accidents within 90 days (December 2, 2009 recommended change from three (3) in 90 days)

A total of three (3) or more reportable use of force incidents within 90 days, (Original)

A total of three (3) or more vehicle pursuits within 45 days (December 2, 2009 recommended change from three (3) in 90 days)

A combination of any three (3) or more of the above listed indicators in 90 days, (Original)

A total of three (3) Sick Leave (3 Instances/90 Days) use within 90 days, (Original)



Flynn

EXHIBIT  3

10-18-18

Gramann Reporting, Ltd.

MPD DHB017296