IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf, | ) ) ) ) ) No. 17-cv-862 |
| Plaintiffs, | ) ) JURY TRIAL DEMANDED |
| v. | ) ) ) |
| CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN, | ) ) ) |
| Defendants. | ) ) |

# EXHIBIT 12

Fmr. Police Chief Edward Flynn Deposition Transcript

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

In the Estate of Sylville K. Smith vs City of Milwaukee, et al.

2:17 cv 862-LA

Transcript of the Testimony of:

# FMR. POLICE CHIEF EDWARD FLYNN

October 18, 2018





```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WISCONSIN
---------------------------------------------------------------

The ESTATE of SYLVILLE K. SMITH,
by Personal Representative Mildred
Haynes, Patrick Smith, and Mildred
Haynes, on her own behalf,

            Plaintiffs,

             vs.                    Case No. 2:17 cv 862-LA

CITY OF MILWAUKEE, WISCONSIN
AND DOMINIQUE HEAGGAN-BROWN,

            Defendants.

---------------------------------------------------------------



     Video Deposition of FMR. POLICE CHIEF EDWARD FLYNN

             Thursday, October 18th, 2018


                       10:45 a.m.

                          at

            MILWAUKEE CITY ATTORNEY'S OFFICE
            841 North Broadway, Seventh Floor
                  Milwaukee, Wisconsin








          Reported by Kealoha A. Schupp, RPR
```

        Video deposition of FMR. POLICE CHIEF EDWARD FLYNN, a witness in the above-entitled action, taken at the instance of the Plaintiffs, pursuant to the Federal Rules of Civil Procedure, pursuant to notice, before Kealoha A. Schupp, RPR and Notary Public, State of Wisconsin, at MILWAUKEE CITY ATTORNEY'S OFFICE, 841 North Broadway, Seventh Floor, Milwaukee, Wisconsin, on the 18th day of October, 2018, commencing at 10:45 a.m. and concluding at 3:51 p.m.

A P P E A R A N C E S:

    LOEVY & LOEVY, by
      Mr. David B. Owens
      Ms. Danielle Hamilton
      311 North Aberdeen Street, Third Floor
      Chicago, Illinois 60607
      Appeared on behalf of Plaintiffs.

    MILWAUKEE CITY ATTORNEY'S OFFICE, by
      Ms. Naomi E. Gehling
      841 North Broadway, Seventh Floor
      Milwaukee, Wisconsin 53202
      Appeared on behalf of Defendants.

ALSO PRESENT: Timothy D'Agostino -- Videographer

```
 1                      ** I N D E X **
 2                      E X A M I N A T I O N
 3   BY MR. OWENS................................    5
 4
 5                        E X H I B I T S
 6   EXHIBIT NO.                                PAGE IDENTIFIED
 7   Exh. 1    Critical Incident PowerPoint          15
               Printout
 8   Exh. 2    Sustained Use of Force Allegations    52
               Report
 9   Exh. 3    Early Intervention Performance &      76
               Benchmark Changes
10   Exh. 4    Use of Force Outliers List            82
     Exh. 5    11/22/15 Memorandum                   86
11   Exh. 6    2/2/16 Memorandum                     86
     Exh. 7    Psychological Exam Report            116
12   Exh. 8    Employee Case File History           123
     Exh. 9    8/11/16 Memorandum                   139
13   Exh. 10   Use of Force SOP                     148
     Exh. 11   5/1/18 Letter from Chief Morales     149
14   Exh. 12   E-Mail Chain Re: Collaborative       168
               Reform Report
15   Exh. 13   Citizen Complaint Summary            187
16
17       (Original exhibits retained by court reporter and
18         attached to original transcript.  Copies provided
19                  with additional transcripts.)
20
21
22                        R E Q U E S T S
23   ITEM REQUESTED                                        PAGE
24
25                            (None.)
```

```
 1               TRANSCRIPT OF PROCEEDINGS
 2               THE VIDEOGRAPHER:  Good morning.  We are
 3   on the record.
 4               This is the videotape deposition of
 5   Former Police Chief Edward Flynn in the matter
 6   of -- in the Estate of Sylville K. Smith versus
 7   City of Milwaukee, et al, Case Number
 8   2:17-cv-862-LA.
 9               This deposition is taking place at
10   841 North Broadway, Room 716, Milwaukee,
11   Wisconsin, on October 18th, 2018, at 10:45 a.m.
12               My name is Tim D'Agostino.  I'm the
13   videographer with U.S. Legal Support located at
14   411 East Wisconsin Avenue in Milwaukee, Wisconsin.
15               Video and audio recording will be
16   taking place unless all counsel have agreed to go
17   off the record.
18               Will counsel state their
19   appearances for the record and who they represent,
20   starting with the plaintiff, and then the court
21   reporter will swear in the witness.
22               MR. OWENS:  This is David B. Owens on
23   behalf of the plaintiff.
24               MS. HAMILTON:  Danielle Hamilton on
25   behalf of the plaintiffs.
```

```
 1                MS. GEHLING:  Naomi Gehling on behalf of
 2        all defendants.
 3                EDWARD FLYNN, called as a witness
 4        herein, having been first duly sworn on oath, was
 5        examined and testified as follows:
 6                          EXAMINATION
 7   BY MR. OWENS:
 8   Q    Sir, could you please state and spell your name
 9        for the record.
10   A    Edward Flynn, F-L-Y-N-N.
11   Q    And you were formerly the police chief of the
12        Milwaukee Police Department.  Correct?
13   A    That's correct.
14   Q    How long were you the chief of police for the
15        Milwaukee Police Department?
16   A    Ten years.
17   Q    And can you -- do you know roughly when you began
18        and when you concluded?
19   A    First week in January of 2008, and the -- I guess
20        the last week of February in -- this year.
21   Q    2018?
22   A    That's correct.
23   Q    Why did you stop being the chief of police for the
24        Milwaukee Police Department?
25   A    Well, I'd been in public service for 47 years.  I
```

```
 1            MR. OWENS:  Just take a short break.  I
 2      need to use the bathroom.
 3                  Can we go off the record?
 4            THE VIDEOGRAPHER:  We're going off the
 5      record at 12:10 p.m.
 6                  (A recess was taken.)
 7            THE VIDEOGRAPHER:  We're back on the
 8      record at 12:18 p.m.
 9            MR. OWENS:  So I'd like to mark this
10      Exhibit No. 3, please.
11                  (Exhibit 3 marked for identification.)
12  BY MR. OWENS:
13  Q   So, sir, I've identified Exhibit No. 3 here, which
14      is the sort of performance indicators and then
15      benchmarks.
16                  Do you see that for -- as it
17      relates to the early intervention program?
18  A   Yes.
19  Q   Okay.  So we've got -- and I think -- I just want
20      to clarify some of your prior testimony.
21                  These are the types of indicators
22      you were looking at for early intervention and the
23      benchmarks for each one.  Is that right?
24  A   That's correct.
25  Q   And does -- so as it relates to uses of force,
```

```
 1                    The overall picture here, you would
 2      agree with me, is that -- somebody who is not
 3      exercising good judgment, correct?
 4   A  At the very least, yep.
 5   Q  And does that color or should it color the
 6      evaluation of the officer's ability to be on the
 7      street and have the responsibility and opportunity
 8      to use force?
 9   A  Well, we can only, you know, respond to the facts
10      that we know.
11                    Obviously we uncovered a pattern of
12      behavior, subsequent to the investigation of the
13      criminal allegation made against him, that
14      revealed a pattern of activity that was, at the
15      very least, poor judgment, but certainly criminal
16      that was not known to us.
17                    We were in the situation, and are
18      with any individual, that we are required to make
19      determinations based on the evidence available to
20      us regarding specific circumstances, events,
21      and/or complaints.
22                    And the fact that there are other
23      similar circumstances, if found to be within
24      policy, the fact that there are a lot of them
25      doesn't immediately mean, well, you must be wrong
```