IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN,<br><br>Defendants. | No. 17-cv-862<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 13

Heaggan-Brown MPD Investigation Employee Case File History

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

# Milwaukee Police Department

## Investigation Employee Case File History

### Personnel Profile

| | | | | |
|---|---|---|---|---|
| Employee Name: | HEAGGAN, DOMINIQUE L | Rank: | POL OFFICR | |
| Employ | 019769 | Bureau: | 331 72 | |
| Sex: | M | Sworn: | | |
| Race: | Black | Assignment: | D 7-EARLY | |
| DOB: | 01/08/1992 | Hire Date: | 07/26/2010 | |
| Height: | 509 | Agency: | Milwaukee Police Department | |
| Weight: | 146 | Position: | 2342 | |
| Hair Color: | BLACK | Status: | O | |
| Eye Color: | BROWN | | | |



| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type | Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|---|
| SIS-2016-0045 | Open | 08/15/2016 | 940.225(2) - Sexual Assault Second Degree | | | | | | Swan, Nevalle L |
| IAS-2016-0331 | Closed | 08/15/2016 | Integrity, 3.01 - Behavior that could discredit the Dept. | Integrity, 3.01 - Behavior that could discredit the Dept. | SUSTAINED | Initial | MEMBER DISCHARGED | | Swan, Nevalle L |
| | | | Integrity, 3.05 - FT STATE 2ND DEG SEXUAL ASSAULT | Integrity, 3.05 - FT STATE 2ND DEG SEXUAL ASSAULT | SUSTAINED | Initial | MEMBER DISCHARGED | | Swan, Nevalle L |
| IAS-2016-0269 | Closed | 08/13/2016 | Restraint, 6.01 - Excessive use of force - Firearm | Restraint, 6.01 - Excessive use of force - Firearm | FILED - MEMBER TERMINATED | | | | Smith, Sylville K |
| FPC-2016-0154 | Open | 04/15/2016 | Use of Force | | | | | | MARTIN, Ronnie R |



EXHIBIT Flynn 8
0-18-18
Gramann Reporting, Ltd.

MPD DHB004256

## Personnel Profile

| | | | |
|---|---|---|---|
| **Employee Name:** HEAGGAN, DOMINIQUE L | **Rank:** POL OFFICR | | |
| **Employ** 019769 | **Bureau:** 331 72 | | |
| **Sex:** M | **Sworn:** | | |
| **Race:** Black | **Assignment:** D 7-EARLY | | |
| **DOB:** 01/08/1992 | **Hire Date:** 07/26/2010 | | |
| **Height:** 509 | **Agency:** Milwaukee Police Department | | |
| **Weight:** 146 | **Position:** 2342 | | |
| **Hair Color:** BLACK | **Status:** O | | |
| **Eye Color:** BROWN | | | |



| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type | Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|---|
| SIS-2016-0063 | Closed | 04/05/2016 | 940.225(3)(m) - Sexual Assault Fourth Degree | | BASELESS | | | | Eskridge, Breon J |
| IAS-2016-0391 | Closed | 04/05/2016 | Integrity, 3.05 - FT STATE 4TH DEG SEXUAL ASSAULT | | UNFOUNDED | | | | Eskridge, Breon J |
| IAS-2016-0030 | Closed | 01/09/2016 | Integrity, 3.02 - Association with persons involved in criminal behavior | Integrity, 3.02 - Association with persons involved in criminal | NOT SUSTAINED | | | | BRUNSON, MICHAEL J |
| | | | Integrity, 3.01 - Behavior that could discredit the Dept. | Integrity, 3.01 - Behavior that could discredit the Dept. | POLICY REVIEW | | | | BRUNSON, MICHAEL J |
| IAS-2016-0045 | Closed | 10/13/2015 | Competence, 1.05 - SOP Vehicle Pursuits | 660.05 - FT exercise due regard during pursuit | POLICY REVIEW | | | | BRUNSON, MICHAEL J |
| IAS-2015-0107 | Closed | 04/19/2015 | Competence, 1.05 - SOP Property | 560.15(A) - Safeguard Property | SUSTAINED | Initial | REPRIMAND - DISTRICT LEVEL | | HAMMOND, NAJEE K |
| IAS-2013-0472 | Closed | 11/16/2013 | Integrity, 3.02 - Association with convicted felons | | POLICY REVIEW | | | | BEECHER, VICTOR E |

## Personnel Profile

| | | | |
|---|---|---|---|
| **Employee Name:** | HEAGGAN, DOMINIQUE L | **Rank:** | POL OFFICR |
| **Employ** | 019769 | **Bureau:** | 331 72 |
| **Sex:** | M | **Sworn:** | |
| **Race:** | Black | **Assignment:** | D 7-EARLY |
| **DOB:** | 01/08/1992 | **Hire Date:** | 07/26/2010 |
| **Height:** | 509 | **Agency:** | Milwaukee Police Department |
| **Weight:** | 146 | **Position:** | 2342 |
| **Hair Color:** | BLACK | **Status:** | O |
| **Eye Color:** | BROWN | | |



| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type | Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|---|
| | | | Integrity, 3.10 - FT be honest & accurate in an admin inquiry | | NOT SUSTAINED | | | | BEECHER, VICTOR E |
| IAS-2013-0241 | Closed | 06/27/2013 | Integrity, 3.02 | | NOT SUSTAINED | | | | SALAZAR JR, DAVID A |
| | | | Integrity, 3.01 - Behavior that could discredit the Dept. | | NOT SUSTAINED | | | | SALAZAR JR, DAVID A |
| PPD-2012-0632 | Closed | 11/25/2012 | Integrity, 3.02 | | MEMBER COUNSELED | | | | HARPOLE, JAMES |
| PPD-2011-0544 | Closed | 12/06/2011 | Integrity, 3.05 - FT CITY - TRAFFIC VIOLATION | Integrity, 3.05 - FT CONFORM/CITY -TRAFFIC VIOLATION | SUSTAINED | Initial | SUSPENSION AND MEMBER COUNSELED | 1 | MASSA, MICHAEL S |
| PPD-2011-0517 | Closed | 12/04/2011 | Integrity, 3.05 - FT CITY - TRAFFIC CITATION | | MEMBER COUNSELED | | | | MASSA, MICHAEL S |
| | | | Integrity, 3.05 - FT CITY - TRAFFIC CITATION | | MEMBER COUNSELED | | | | MASSA, MICHAEL S |

**Personnel Profile**

| | | | |
|---|---|---|---|
| **Employee Name:** HEAGGAN, DOMINIQUE L | **Rank:** POL OFFICR | | |
| **Employ** 019769 | **Bureau:** 331 72 | | |
| **Sex:** M | **Sworn:** | | |
| **Race:** Black | **Assignment:** D 7-EARLY | | |
| **DOB:** 01/08/1992 | **Hire Date:** 07/26/2010 | | |
| **Height:** 509 | **Agency:** Milwaukee Police Department | | |
| **Weight:** 146 | **Position:** 2342 | | |
| **Hair Color:** BLACK | **Status:** O | | |
| **Eye Color:** BROWN | | | |



| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|
| PPD-2011-0086 | Closed | 02/18/2011 | Competence, 1.05 - SOP Use of Personally Owned Computers | | POLICY REVIEW | | | WILLIAMS, ANDRA P |

MPD DHB004259

MPD DHB004260

View Records Where:

(Employee Name In ('HEAGGAN, DOMINIQUE L'))