IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | | |
|---|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf, | ) ) ) ) ) | No. 17-cv-862 |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN, | ) ) ) | |
| Defendants. | ) | |

# EXHIBIT 15

Heaggan-Brown Used of Force History

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

# Milwaukee Police Department

## Use of Force History for Employee

| Incident Number | Date | Incident Status | Force Used | Internal Investigation | IAS File # | Action | Action Note |
|---|---|---|---|---|---|---|---|
| PF-2016-0458 | 08/13/2016 | Closed | Firearm | Yes | IAS-2016-0269 | INTERNAL GENERATED | |
| PF-2016-0356 | 06/30/2016 | Closed | Bodily Force | No | | | |
| PF-2016-0349 | 06/27/2016 | Closed | ECD | No | | | |
| PF-2016-0349 | 06/27/2016 | Closed | Bodily Force | No | | | |
| PF-2016-0295 | 06/02/2016 | Closed | ECD | No | | | |
| PF-2016-0295 | 06/02/2016 | Closed | Bodily Force | No | | | |
| PF-2016-0286 | 05/31/2016 | Closed | ECD | No | | | |
| PF-2016-0273 | 05/24/2016 | Closed | ECD | No | | | |
| PF-2016-0242 | 05/12/2016 | Closed | Bodily Force | No | | | |
| PF-2016-0216 | 04/30/2016 | Closed | Bodily Force | No | | | |
| PF-2016-0216 | 04/30/2016 | Closed | ECD | No | | | |
| PF-2016-0181 | 04/15/2016 | Closed | Bodily Force | No | | | |
| PF-2016-0181 | 04/15/2016 | Closed | ECD | No | | | |
| PF-2016-0157 | 04/05/2016 | Closed | ECD | No | | | |
| PF-2015-0536 | 10/01/2015 | Closed | Bodily Force | No | | | |
| PF-2015-0477 | 09/05/2015 | Closed | Bodily Force ECD | No | | | |
| PF-2015-0358 | 07/13/2015 | Closed | ECD | No | | | |
| PF-2015-0189 | 04/15/2015 | Closed | ECD | No | | | |
| PF-2015-0172 | 04/07/2015 | Closed | Bodily Force | No | | | |
| PF-2015-0069 | 02/07/2015 | Closed | Bodily Force | No | | | |
| PF-2015-0022 | 01/12/2015 | Closed | Bodily Force | No | | | |
| PF-2014-0599 | 09/30/2014 | Closed | ECD | No | | | |

Totals: 18

MPD DHB004261



30(b)(6)
EXHIBIT 5
10-22-18
Gramann Reporting, Ltd.

MPD DHB004262

View Records Where:

(Incident Type In ("Use of Force"))
And (Employee Name In ("HEAGGAN, DOMINIQUE L"))

| Incident Number | Date | Incident Status | Force Used | Internal Investigation | IAS File # | Action | Action Note |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 3 of 3   Document 50-15