IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN,<br><br>   Defendants. | No. 17-cv-862<br><br>JURY TRIAL DEMANDED |

# EXHIBIT 16

Declaration of Dennis Waller

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| The ESTATE of SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf. | ) ) ) ) ) | No. 2:17 cv 862-LA |
| Plaintiffs, | ) ) ) | Hon. Lynn Adelman, presiding |
| v. | ) ) | |
| CITY OF MILWAUKEE, WISCONSIN AND DOMINIQUE HEAGGAN-BROWN, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## DECLARATION OF DENNIS WALLER

I, DENNIS WALLER, being first duly sworn, on oath do depose and state as follows:

1. I am over 18 years of age, competent to testify, and the following is based upon my personal knowledge.

2. I have been retained by Plaintiffs Estate of Sylville K. Smith, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf, to assess the actions of Officer Dominique Heaggan-Brown resulting in the shooting of Sylville Smith on August 13, 2016, and in particular to evaluate his actions as compared against generally accepted police practices, standards and training. I was also asked to review materials and evaluate the policies and practices of the Milwaukee Police Department related to the use of deadly force, the

1

early intervention program, and the response to and investigation of officer-involved shootings as well as the hiring, training, supervision, and discipline of officers.

3. My curriculum vitae, attached to this Declaration as Exhibit 1, is a true and accurate summary of my education, experience, training, and other work related to law enforcement and police practices.

4. My report dated January 4, 2019 and rebuttal report dated March 29, 2019, filed contemporaneously with this Declaration, contain the opinions that I have developed in connection with this case. They are attached here as Exhibits 2 and 3.

5. The opinions expressed in my report are based upon my extensive training and experience as a police officer, supervisor and chief, and as a longtime law enforcement instructor and adviser; and based upon my review of materials identified in Exhibits 2 and 3 related to the shooting of Sylville Smith. These opinions are expressed to a reasonable degree of professional certainty.

6. If asked to testify at trial, my testimony would be consistent with the reports of January 4, 2019 and March 29, 2019, and this declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 22nd day of May, 2019.

_____
Dennis Waller