IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | | |
|---|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf, | ) ) ) ) ) | No. 17-cv-862 |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN, | ) ) ) | |
| Defendants. | ) | |

# EXHIBIT 16-1

Waller Curriculum Vitae

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

# WALLER & ASSOCIATES, LLC

15850 W. Bluemound Road, Suite 308
Brookfield, Wisconsin 53005
(262) 782-5515 • Fax (262) 641-0508
www.wallerassociates.com

Dennis Waller, CLI
denny1@gdinet.com

## CURRICULUM VITAE

### DENNIS K. WALLER

**CONSULTANT/EXPERT WITNESS** - law enforcement matters related to use of force; personnel; training; vehicle pursuits; and, the assessment of departmental administration, policy, procedures and practice.

**PROFESSIONAL EXPERIENCE**

*Police Practices Consultant/Expert Witness; Certified Legal Investigator*  1988 - Present

*Regional Manager/Principal Investigator*
  API (Milwaukee, WI)  1991-92

*Lecturer/Outreach Coordinator*, Department of Criminal Justice
*Interim Director*, University Police Department
  University of Wisconsin-Platteville  1988-90

*Vice President*, Litigation Support Service
  Kevin Parsons and Associates, Inc. (Appleton, WI)  1987-88

*Chief of Police*
  Ripon Police Department (WI)  1983-87

*Director of Law Enforcement Training*
  Wake Technical College (Raleigh, NC)  1978-83

*Lieutenant*
  North Carolina State Fairgrounds Police Department (Raleigh, NC)  1980-83

*Coordinator*
  Criminal Justice Program, Craven Community College (New Bern, NC)  1976-78

*Sergeant*
  South Miami Police Department (FL)  1974-76

*Investigator*
  Carol Management Company (Miami, FL)  1973-74

*Police Officer*
  Metro Dade Police Department (Miami, FL)  1971-72

*Regional Police Planner*
  Southeast Michigan Council of Governments (Detroit, MI)  1970-71

*Deputy Sheriff*
  Washtenaw County Sheriff's Department (Ann Arbor, MI)  1970-71

**ADJUNCT LECTURER/INSTRUCTOR/PRESENTER**
National Lawyers Guild Conference, National Police Accountability Project (Washington, D.C.) 2007
Defense Research Institute Conference, Government Liability Section (San Francisco) 2006
Annual Training Conference, Professional Association of WI Licensed Investigators
 (WI Dells) 2001, 2002; (Green Bay) 2004, 2007, 2011; (Waukesha) 2009; Regional Seminar (Milwaukee) 2004, 2007
Annual Civil Rights Seminar, Individual Rights and Responsibilities Section, WI State Bar Madison, WI) 1998
Annual Intellenet Seminar, (Islamorada, FL) 1997, (Tucson, AZ) 1999
Milwaukee Area Technical College (WI) 1991-92
University of North Florida - IPTM 1990
International Association of Campus Law Enforcement Administrators (Superior, WI) 1990
Fox Valley Technical College (Appleton, WI) 1983-90
Southwest Wisconsin Technical College (Fennimore, WI) 1989-90
Internal Security Division, Internal Revenue Service (Lake Geneva, WI) 1988
Lakeshore Technical College (Cleveland, WI) 1988
Wisconsin Shorthand Reporters Association Conference (Appleton, WI) 1988
National Association of Legal Investigators Regional Seminar (Milwaukee, WI) 1987
Marian University -Fond du Lac (WI) 1985-87
Mount Senario College (Ladysmith, WI) 1983-86
North Carolina State University (Raleigh, NC) 1979
Shaw University (Raleigh, NC) 1978-80

**PROFESSIONAL ASSOCIATIONS**
The American College of Forensic Examiners 1994-2013
 *Fellow; Executive Board* (2002); *Editorial Advisory Board,* **The Forensic Examiner** (1999-2004)
 American Board of Law Enforcement Experts, *Diplomate; Executive Board* 1998-2003; *Chair* (2002)
American Society for Industrial Security 1987-1998
Commission on Accreditation for Law Enforcement Agencies, *Assessor*
Fond du Lac County Law Enforcement Executives Association 1984-87; *Vice President* (1984), *President* (1985)
Grant County Law Enforcement Administrators Association 1988-90
Intellenet 1992-present
International Association of Chiefs of Police 1980-present
International Association of Law Enforcement Firearms Instructors 1996-present
International Narcotic Enforcement Officers Association 1993-2005
International Wound Ballistics Association 1995-2002
Justice System Training Association 1985-88; *Psycho-Motor Skills Design Instructor*
Law Enforcement Alliance of America, *Life Member*
Law Enforcement Training Officers Association of Wisconsin 1984-94; *Executive Board* (1989-91)
National Association of Legal Investigators; *Certified Legal Investigator* 1988-present
National Council of Investigation & Security Services, Inc. 2003-2013
National Rifle Association; *Life Member, Police Firearms Instructor*
Office of Lawyer Regulation, Supreme Court of Wisconsin 1997-2006
 *District Two Investigative Committee* (1997-2000); *District Six Investigative Committee* (2001-2006)
Police Marksman Association 1976-2008
Private Detective Advisory Committee, State of Wisconsin Department of Regulation & Licensing 2003-2005
Professional Association of Wisconsin Licensed Investigators 2000-2009
 *Board of Directors* (2001-2005); *Professional Review Committee* (2001-2003);
 *Chair, Investigator Safety Committee* (2001-2009)
Wisconsin Chiefs of Police Association 1983-present
 *Training and Professional Development Committee* (1986-87, 1989)
Wisconsin Narcotics Officers Association 1991-2005

## EDUCATIONAL BACKGROUND

Florida International University - MS (Public Administration)   1975
Michigan State University - BS (Police Administration)   1970
Additional law enforcement training - 3,600 plus hours including courses from:
  Michigan State University; Northwestern University; University of North Florida; PATC; IACP

## PROFESSIONAL DESIGNATIONS

Certified Police Instructor
  Michigan   1971
  Florida   1974
  North Carolina   1976
  Wisconsin   1985
Police Defensive Tactics Instructor
  RISC   1985
  DAAT   1989
Psycho-Motor Skills Design Instructor   1985
Police Firearms Instructor   1986
Certified Legal Investigator   1988
OC Instructor   1992
Assessor, Commission on Accreditation for Law Enforcement Agencies   1994
Diplomate, American Board of Law Enforcement Experts   1998
Fellow, American College of Forensic Examiners   1999
Certified Internal Affairs Investigator   2013
Certified Glock Armorer   2017

## PUBLICATIONS

Contributor, *Strategic Plan for Extension Programming in Governmental Affairs/Criminal Justice* (University of Wisconsin-Extension, 1990)

*Officer-Initiated Activities: A Measurement of Productivity,* (Training Supplement - 1989) Department of Criminal Justice, University of Wisconsin-Platteville

"Investigating Jailhouse Suicides," *The Legal Investigator* (May 1988)

"State Fair Police," *NCLEOA Magazine* (November-December 1981)

Contributor, *Guidelines for Criminal Justice Programs in Community and Junior Colleges* (American Association of Community and Junior Colleges, 1977)

Chapter on *Crime Control, Regional: Problems, Goals, Programs, Projects for Region One - Law Enforcement and Criminal Justice Planning Council* (Southeast Michigan Council of Governments, 1970)

September 7, 2017

# WALLER & ASSOCIATES, LLC

15850 W. Bluemound Road, Suite 308
Brookfield, Wisconsin 53005
(262) 782-5515 • Fax (262) 641-0508
www.wallerassociates.com

Dennis Waller, CLI
denny1@gdinet.com

## FEE SCHEDULE - CONSULTANT/EXPERT WITNESS SERVICES

Case Review - Retainer     $4,000
   Includes authority to list as expert witness and up to twenty hours of case review and analysis; issue clarification; oral and/or written opinion

Hourly Rate     $200
   Additional case review over twenty hours; site visits; interviews; conferences; travel; and testimony work up.

Deposition (per business day - payment due in advance)     $2,000 (minimum)
   Plus expenses and travel time

Trial (per business day)     $2,000 (minimum)
   Plus expenses and travel time

Travel - portal to portal     $200 per hour up to $1,600 per day
   Airline travel billed at coach fare

Expenses     Billed at actual cost
   Personal vehicle use - .80 per mile

## PAYMENT POLICY

All invoices are payable upon receipt. A finance charge of 1.5% per month (18% per year) will be assessed on all invoices past due thirty days or more. Deposition fees are payable in advance.

Once Dennis Waller or one of our associates has been listed as an expert in a case, we take the position that our firm has been retained. At that time the retainer becomes due regardless of documents sent to our office or work done on the file.

All work performed in your case is done at your direction. You are our client. You are solely responsible for payment of all invoices for services and expenses.

Federal ID# 39-2002184     Waller & Associates, LLC     July 10, 2014

# Dennis K. Waller - Trial/Deposition Testimony List – January 2015 - Present

| | | |
|---|---|---|
| Yao O. Dinizulu<br>Dinizulu Law Group, Ltd.<br>221 North LaSalle<br>Suite 1100<br>Chicago, IL 60601 | Jane Doe v. City of Harvey, et al.<br>Case No.: 1:12-CV-01094<br>Jane Doe II, et al. v. City of Harvey, et al.<br>Case No.: 1:12-CV-2069<br>Jane Doe IV, et al. v. City of Harvey, et al.<br>Case No.: 1:14-CV-8424<br>USDC, No. Dist., East Div., IL | 2/15 Deposition |
| Todd R. Korb<br>Hupy & Abraham, SC<br>111 E. Kilbourn Avenue<br>Suite 1100<br>Milwaukee, WI 53202 | Tracy v. City of Milwaukee, et al.<br>USDC, East. Dist., WI<br>Case No.: 14-CV-3314 | 3/15 Deposition |
| J. Houston Gordon<br>Law Office<br>P.O. Box 846<br>Covington, TN 38019-0846 | State of Tennessee v. Joshua Hunter Bargery<br>Lake Co. Circ. Ct., TN<br>Case No.: 11-CR-9586 | 5/15 Trial |
| Ben H. Elson<br>People's Law Office<br>1180 N. Milwaukee<br>Chicago, IL 60642 | William Avery, et al. v. City of Milwaukee, et al.<br>USDC, East. Dist., WI<br>Case No.: 11-CV-408 | 6/15 Trial |
| Thomas R. Ysursa<br>Becker, Hoerner, Thompson & Ysursa, PC<br>5111 W. Main Street<br>Belleville, IL 62226 | Trevon Yates v. County of St. Clair, et al.<br>USDC, So. Dist., IL<br>Case No.: 14-CV-000934-MUR | 6/15 Deposition |
| Victor P. Henderson<br>Henderson Adam, LLC<br>330 South Wells Street<br>Suite 1410<br>Chicago, IL 60606 | Linda Bradford, et al. v. City of Chicago, et al.<br>Cook Co. Circ. Ct., IL<br>Case No.: 2011 L 013868 | 8/15 Deposition |
| Victor P. Henderson<br>Henderson Adam, LLC<br>330 South Wells Street<br>Suite 1410<br>Chicago, IL 60606 | Woods, et al. v. City of Chicago, et al.<br>Cook Co. Circ. Ct., IL<br>Case No.: 2012 L 001289 | 8/15 Deposition |
| Andrew J. Schwaba<br>Schwaba Law Firm<br>1851 Riverside Avenue<br>Marinette, WI 54143 | Stone v. Village of Butler, et al.<br>USDC, East. Dist., WI<br>Case No.: 14-CV-536 | 9/15 Deposition |
| Emily E. Schnidt<br>Purcell & Wardrope<br>10 South LaSalle Street<br>Chicago, IL 60603-1013 | Wayne v. Village of Stone Park, et al.<br>USDC, No. Dist., East Div., IL<br>Case No.: 1:13-cv-08540 | 10/15 Deposition |

| | | |
|---|---|---|
| Rebecca R. Kaiser<br>Henderson Adam, LLC<br>330 South Wells Street<br>Suite 300<br>Chicago, IL 60606 | Redmond v. City of Chicago, et al.<br>USDC, No. Dist., East Div., IL<br>Case No.: 14 cv 5482 | 10/15 Deposition |
| Brooke Lierman<br>Brown Goldstein Levy<br>120 E. Baltimore Street<br>Baltimore, MD 21202 | Owens v. Mayor and City Council of Baltimore, et al.<br>USDC, MD<br>Case No.: GLR-11-3295 | 11/15 Deposition |
| Donald A. Shapiro<br>Donald A. Shapiro, Ltd.<br>180 N. LaSalle Street<br>Suite 1801<br>Chicago, IL 60601 | Estate of Niko Husband, et al. v. City of Chicago, et al.<br>Circ. Ct., Cook Co., IL<br>Case No.: 11 L 10162 | 7/14 Deposition<br>11/15 Trial |
| Daniel J. Stohr<br>Law Office<br>312 North May Street<br>Suite 100<br>Chicago, IL 60607 | Fields, et al. v. City of Chicago, et al.<br>Circ. Ct., Cook Co., IL<br>Case No.: 09 L 002962 | 9/15 Deposition<br>11/15 Trial |
| Craig Mastantuono<br>Mastantuono & Coffee, SC<br>219 N. Milwaukee Street, Suite 5B<br>Milwaukee, WI 53202 | In the interest of Kevin Cole<br>Milwaukee Co. Juv. Ct., WI<br>Case No.: 2015JV410 | 12/15 Trial |
| G. Brian Spears<br>G. Brian Spears, PC<br>1126 Ponce de Leon Avenue, NE<br>Atlanta, GA 30306 | Dr. Jay Berger v. Dorn M. Lawrence<br>USDC, No. Dist., GA, Atlanta Div.<br>Case No.: 1:13-CV-3251-RWS | 2/16 Trial |
| Brian J. Graber<br>Brian J. Graber, Ltd.<br>150 N. Michigan Avenue<br>Suite 2800<br>Chicago, IL 60601 | Kyle Moore v. City of Chicago, et al.<br>Cook Co. Circ. Ct., IL<br>Case No.: 2012L010786 | 5/15 Deposition<br>3/16 Trial |
| Victor P. Henderson<br>Henderson Parks LLC<br>330 South Wells Street, Suite 300<br>Chicago, IL 60606 | Phillip Johnson, et al. v. City of Rockford, et al.<br>USDC, No. Dist., East. Div., IL<br>Case No.: 13 CV 6887 | 4/16 Deposition |
| Mark Lovey-Reyes<br>Loevy & Loevy<br>311 N. Aberdeen Street, 3rd Floor<br>Chicago, IL 60607 | Ralph Armstrong v. John Norsetter, et al.<br>USDC, West. Dist., WI<br>Case No.: 12-cv-426-bbc | 5/16 Deposition |

| | | |
|---|---|---|
| Rachel Steinback<br>Loevy & Loevy<br>311 N. Aberdeen Street, 3rd Floor<br>Chicago, IL 60607 | William Hurt, et al. v. City of Evansville, et al.<br>USDC, So. Dist., IN, Evansville Div., IN<br>Case No.: 1:14-cv-00197-JTM-RBC | 7/16 Deposition |
| Anand Swaminathan<br>Loevy & Loevy<br>311 N. Aberdeen Street, 3rd Floor<br>Chicago, IL 60607 | Robinson v. City of Madison, et al.<br>USDC, West. Dist., WI<br>Case No.: 15 CV 502 | 8/16 Deposition |
| Theresa Kleinhaus<br>Loevy & Loevy<br>311 N. Aberdeen Street, 3rd Floor<br>Chicago, IL 60607 | Matthew Pekrun v. Theodore Puente, et al.<br>USDC, East. Dist., WI<br>Case No.: 13-CV-1397 | 10/16 Trial |
| Theodore F. Vineski<br>Fred A. Truglio & Associates, LLC<br>One North Franklin Street<br>Suite 2625<br>Chicago, IL 60601 | Lillie Wright v. City of Chicago, et al.<br>Circ. Ct., Cook Co., IL<br>Case No.: 2013 L 11615 | 11/16 Deposition |
| Martin A. Dolan<br>Dolan Law, PC<br>10 South LaSalle Street<br>Suite 3702<br>Chicago, IL 60603 | Turnage v. City of Chicago<br>Circ. Ct. Cook Co., IL<br>Case No.: 14 L 003353 | 12/16 Deposition |
| Anthony J. Mascipinto<br>Kulwin, Masciopinto & Kulwin, LLP<br>161 North Clark Street<br>Suite 2500<br>Chicago, IL 60601 | Vito Scavelli v. Michael Schaffer, et al.<br>USDC, No. Dist., East. Div., IL<br>Case No.: 15-CV-11437 | 2/17 Deposition |
| Rex U. Huner<br>Huner Law Offices, LLC<br>850 West Jackson Boulevard<br>Suite 725<br>Chicago, IL 60607 | Michael O'Brien v. Jeff Bean, et al.<br>Circ. Ct., 18th Judicial Circ., DuPage Co., IL<br>Case No.: 13 L 573 | 2/17 Deposition |
| Martin D. Gould<br>Romanucci & Blandin<br>321 North Clark Street<br>Suite 900<br>Chicago, IL 60604 | Shwan Yawer v. City of Chicago, et al.<br>USDC, No. Dist., East. Div., IL<br>Case No.: 16 CV 4956 | 3/17 Deposition |
| Peter A. Guerrero<br>Roush McCracken & Guerrero, LLP<br>1190 E. Missouri Avenue, Suite 190<br>Phoenix, AZ 85014 | Diana Ontiveros, et al. v. City of Phoenix, et al.<br>Superior Ct., Maricopa Co., AZ<br>Case No.: CV2015-007286 | 3/17 Deposition |

| | | |
|---|---|---|
| Robert M. Giroux, Jr.<br>Giroux Ratton, PC<br>28588 Northwestern Highway, Suite 100<br>Southfield, MI 48034 | Travis Hermiz v. City of Royal Oak, et al.<br>USDC, East. Dist., So. Div., MI<br>Case No.: 2:16-cv11214 | 3/17 Deposition |
| Anastasia X. Pavich<br>Pavich Law Group, PC<br>30 West Monroe Street<br>Suite 1310<br>Chicago, IL 60603 | Shanice Goines v. City of Chicago<br>Circ. Ct., Cook Co., IL<br>Case No.: 14 L 4865 | 4/17 Deposition |
| Victor P. Henderson<br>Henderson Parks, LLC<br>140 South Dearborn Street<br>Suite 1020<br>Chicago, IL 60603 | Patricia Green, et al. v. City of Chicago, et al.<br>Circ. Ct., Cook Co., IL<br>Case No.: 13 L 014041 | 2/17 Deposition<br>4/17 Trial |
| Benjamin Beaton<br>Sidley Austin LLP<br>1501 K Street, NW<br>Washington, D.C. 20005 | Michael Wyatt v. Johnny Owens, et al.<br>USDC, West. Dist., VA, Roanoke Div.<br>Case No.: 7:14-cv-492-NKM-RSB | 7/16 Deposition<br>4/17 Trial |
| Douglas J. Olcott<br>Dallas W. Hartman PC<br>201 Greeen Ridge Drive<br>New Castle, PA 16105 | Anthony Igwe v. Municpality of Monroeville, et al.<br>USDC, West. Dist., PA<br>Case No.: 16-cv-1403 | 5/17 Deposition |
| Jeffrey S. Rosenblum<br>Rosenblum & Reisman<br>6070 Poplar Avenue<br>Suite 550<br>Memphis, TN 38119 | McGee v. Madison County, et al.<br>USDC, West. Dist., East. Div., TN<br>Case No.: 1:15-cv-01069 | 6/17 Deposition |
| Warren L. Conway<br>Conway & Associates, PC<br>P.O. 757<br>Gulfport, MS 39502-0757 | Alvin D. Haynes v. City of Jackson, et al.<br>Circ. Ct. First Judicial Dist., Hinds Co., MS<br>Case No.: 251-10-390CIV | 9/16 Deposition<br>7/17 Trial |
| Kent M. Lucaccioni<br>Kent M. Lucaccioni, LTD<br>20 S. Clark St., Suite 1700<br>Chicago, IL 60603<br>Samuel K. Allen<br>Clore Law Group, LLC<br>542 S. Dearborn St., 10th Floor<br>Chicago, IL 60605 | Gwendolyn Jones-Kennedy v. City of Chicago<br>Circ. Ct., Cook Co., IL<br>Case No.: 2013 L 00691 | 7/17 Deposition |
| Elliot Slosar<br>Loevy & Loevy<br>311 N. Aberdeen Street, 3rd Floor<br>Chicago, IL 60607 | Stephen Mark Horn v. City of Covington, et al.<br>USDC, East. Dist., KY, North. Div.<br>Case No.: 2:14-CV-73-DLB | 8/17 Deposition |

| | | |
|---|---|---|
| Robert P. Montgomery<br>Parrish Kruidenier<br>501 Sycamore Street<br>Waterloo, IA 50703 | State of Iowa v. Javon Webb<br>Iowa District Court, Black Hawk County<br>Case No.: FECR209165 | 10/17 Hearing |
| Charles R. Culbertson<br>Rubin Machado & Rosenblum, Ltd.<br>225 W. Washington St., Ste. 1600<br>Chicago, IL 60606 | Dechez Booker/Shaniece Wilson v. City of Chicago, et al.<br>Cook Co. Circ. Ct., IL<br>Case No.: 15 L 004123 "C" | 2/18 Deposition |
| John E. Kotsatos<br>Kotsatos Law, PLLC<br>717 Washington Street<br>Easton, PA 18042 | Alibay Barkley v. LANTA, et al.<br>USDC, East. Dist., PA<br>Case No.: 5:17-cv-02293-EGS | 2/18 Deposition |
| Sam Heppell<br>Loevy & Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, IL 60607 | April Damiani, et al. v. Michael Allen, et al.<br>USDC, So. Dist., IN, New Albany Div.<br>Case No.: 4:16-cv-53 | 3/18 Deposition |
| Christopher J. Johnson<br>Katz Friedman Eagle Eisenstein Johnson Bareck<br>77 W. Washington St., 20th Floor<br>Chicago, IL 60602-2801 | Julian Garcia-Rodriguez v. City of Chicago, et al.<br>Cook Co. Circ. Ct., IL<br>Case No.: 15 L 5835 | 4/18 Deposition |
| Heather Lewis Donnell<br>Lovey & Loevy<br>311 N. Aberdeen Street<br>Chicago, IL 60607 | Robert Lee Stinson v. City of Milwaukee, et al.<br>USDC, East. Dist., WI, Milwaukee Div.<br>Case No.: 2:09 CV 01033-CNC | 4/18 Deposition |
| James B. Grenfell<br>Grenfell & Stevens<br>1535 Lelia Drive<br>Jackson, MS 39216 | Wanda J. Logan v. Jason Scarborough, et al.<br>Circuit Ct., Rankin Co., MS<br>Case No.: 16-299 | 6/18 Deposition |
| A/County Attorney Shawn Boyd<br>Leavenworth County Attorney's Office<br>601 S. 3rd Street<br>Suite 3069<br>Leavenworth, KS 66048 | Grand Jury Hearing | 7/18 Hearing |
| Timothy J. Touhy<br>Touhy Law Group, PC<br>55 W. Wacker Drive, 14th Floor<br>Chicago, IL 60601 | Mojziszek, et al. v. Village of Franklin Park, et al.<br>Cook Co. Circ. Ct., IL<br>Case No.: 16 L 9843 | 10/18 Deposition |
| Timothy J. Touhy<br>Touhy Law Group, PC<br>55 W. Wacker Drive, 14th Floor<br>Chicago, IL 60601 | Lawrence Crosby v. City of Evanston, et al.<br>Cook Co. Circ. Ct., IL<br>Case No.: 16 L 10029 | 11/18 Deposition<br>11/18 Deposition |

| | | |
|---|---|---|
| Matthew M. Amarine<br>Law Offices of Haytham Faraj<br>1935 W. Belmont Street<br>Chicago, IL 60657 | <u>Garrit, et al. v. City of Chicago, et al.</u><br>USDC, No. Dist., IL, East. Div.<br>Case No.: 16-C-7319 | 11/18 Deposition |
| Heather Lewis Donnel<br>Loevy & Loevy<br>311 N. Aberdeen Street, 3rd Floor<br>Chicago, IL 60607 | <u>Daniel Andersen v. City of Chicago</u><br>USDC, No. Dist., IL, East. Div.<br>Case No.: 16-cv-1963 | 12/18 Deposition |
| Micheal E. Holden<br>Romanucci & Blandin<br>321 Clark Street, Suite 900<br>Chicago, IL 60654 | <u>Estate of Sheri Coleman, et al. v. Joyce Meyer Ministries, et al.</u><br>Monroe Co. Circ. Ct., IL<br>Case No.: 11-L-14 | 1/19 Deposition |

January 3, 2019