IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | | |
|---|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf, | ) ) ) ) ) | No. 17-cv-862 |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN, | ) ) ) | |
| Defendants. | ) | |

# EXHIBIT 18

Ronnie Martin Docket

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

ATTYOPEN,CLOSED

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:16-cv-01702-LA

| | |
|---|---|
| Martin v. Heaggan-Brown et al | Date Filed: 12/23/2016 |
| Assigned to: Judge Lynn Adelman | Date Terminated: 03/19/2019 |
| Demand: $1,000,000 | Jury Demand: Both |
| Cause: 28:1331 Federal Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Ronnie Martin**    represented by    **Brent D Nistler**
Nistler Law Office SC
7000 W North Ave
Wauwatosa, WI 53213
414-763-1147
Fax: 414-988-9572
Email: bnistler@nistlerlaw.com
*ATTORNEY TO BE NOTICED*

**Shauna D Manion**
Nistler Law Office SC
7000 W North Ave
Wauwatosa, WI 53213
414-763-1147
Email: smanion@mzmilw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dominique Heaggan-Brown**    represented by    **Elleny B Christopoulos**
City of Milwaukee
200 E Wells St - Ste 800
Milwaukee, WI 53202-3653
414-286-2641
Fax: 414-286-8550
Email: echris@milwaukee.gov
*ATTORNEY TO BE NOTICED*

**Naomi E Gehling**
City of Milwaukee
200 E Wells St - Ste 800
Milwaukee, WI 53202-3653
414-286-2621
Fax: 414-286-8550
Email: ngehli@milwaukee.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

Peter Hauser represented by **Elleny B Christopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Naomi E Gehling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

City of Milwaukee represented by **Elleny B Christopoulos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Naomi E Gehling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

ABC Insurance Company

| Date Filed | # | Docket Text |
|---|---|---|
| 12/23/2016 | 1 | COMPLAINT with Jury Demand; against All Defendants by Ronnie Martin. ( Filing Fee PAID $400 receipt number 0757-2488637) (Attachments: # 1 Exhibit A. Notice of Claim, # 2 Civil Cover Sheet Civil Cover Sheet)(Manion, Shauna) |
| 12/23/2016 | 2 | NOTICE of Appearance by Shauna D Manion on behalf of Ronnie Martin. Attorney(s) appearing: Brent D. Nistler (Manion, Shauna) |
| 12/23/2016 | | NOTICE Regarding assignment of this matter to Judge Lynn Adelman ;Consent/refusal forms for Magistrate Judge Jones to be filed within 21 days;the consent/refusal form is available on our website ;pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed (bx) (Entered: 12/27/2016) |
| 12/27/2016 | | Case Opening Modification(s); The following modification(s) have been made to your case entry: One or more party names have been modified (Names should not be in all caps, do not enter address) - please remember to follow the Party Name Guidelines found on our website. ; Please refer to the attorney case opening instructions, the summons instructions and the party name guidelines found in the user manual for further guidance (bx) |
| 12/27/2016 | | NOTICE of Electronic Filing Error re 1 Complaint filed by Ronnie Martin ; The description of the attachments contains duplicate text. In the future, when attaching documents to the main document you may select a description from the category drop-down list but then you should not repeat that word in the description text box. For example, if you choose Exhibit from the drop-down list, then you may simply type A in the description text box and Exhibit A will appear on the docket. This document does not need to be re-filed; Please refer to the policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov (bx) |
| 02/09/2017 | 3 | REQUEST for Issuance of Summons by Ronnie Martin (Attachments: # 1 Summons, # 2 Summons)(Manion, Shauna) |
| 02/09/2017 | 4 | DISCLOSURE Statement by Ronnie Martin. (Manion, Shauna) |

Case 2:17-cv-00862-LA Filed 06/14/19 Page 3 of 7 Document 50-21

| | | |
|---|---|---|
| 02/10/2017 | | Summons Issued as to City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. (jcl) |
| 02/13/2017 | 5 | Refusal to Jurisdiction by US Magistrate Judge by Ronnie Martin. (Manion, Shauna) |
| 03/08/2017 | 6 | ANSWER to 1 Complaint with Jury Demand *and Affirmative Defenses* by City of Milwaukee, Dominique Heaggan-Brown.(Gehling, Naomi) |
| 03/29/2017 | 7 | ANSWER to 1 Complaint with Jury Demand by Peter Hauser.(Gehling, Naomi) |
| 03/29/2017 | 8 | *Amended* ANSWER to 1 Complaint with Jury Demand by City of Milwaukee, Dominique Heaggan-Brown.(Gehling, Naomi) |
| 04/04/2017 | 9 | SCHEDULING ORDER signed by Judge Lynn Adelman on 4/4/17. Scheduling Conference set for 5/11/2017 11:45 AM in by telephone before Judge Lynn Adelman. The court will initiate the call. The participation of the attorney who will be handling the case is required and the telephone number should be provided in the Rule 26(f) report. (cc: all counsel)(gc) |
| 05/08/2017 | 10 | SCHEDULING ORDER signed by Judge Lynn Adelman on 5/8/17 that the parties file their Rule 26(f) report with the court no later than **May 10, 2017**. (cc: all counsel)(gc) |
| 05/08/2017 | 11 | *Joint* REPORT of Rule 26(f) Plan by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. (Gehling, Naomi) |
| 05/11/2017 | 12 | Minute Entry for proceedings held before Judge Lynn Adelman: Telephonic Scheduling Conference held on 5/11/2017; The court will adopt the parties' proposed schedule in a separate order. (bx) (Entered: 05/12/2017) |
| 05/12/2017 | 13 | SCHEDULING ORDER signed by Judge Lynn Adelman on 5/12/17. Rule 26(a) Disclosures to be exchanged by 5/25/2017; Deadline to join additional parties and Amended Pleadings is 5/25/2017; Plaintiffs Expert Witness List due by 7/28/2017; Defendants Expert Witness List due by 9/29/2017; Discovery due by 11/30/2017; Dispositive Motions due by 12/22/2017. See order. (cc: all counsel)(gc) |
| 01/10/2018 | 14 | STIPULATION *to Modify Scheduling Order* by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. (Gehling, Naomi) |
| 01/11/2018 | | TEXT ONLY ORDER granting 14 Stipulation to Modify Scheduling Order. Discovery due by 2/16/2018; Dispositive Motions due by 3/16/2018. Signed by Judge Lynn Adelman on 1/11/2018. (cc: all counsel)(gc) |
| 02/26/2018 | 15 | Rule 7(h) Expedited Non-Dispositive MOTION for Extension of Time by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. (Gehling, Naomi) |
| 02/26/2018 | 16 | DECLARATION of Naomi E. Gehling *in Support of Defendants' Civil L. R. 7(h) Motion For Extension of Time* (Attachments: # 1 Exhibit A)(Gehling, Naomi) |
| 03/05/2018 | 17 | RESPONSE to Motion filed by Ronnie Martin re 15 Rule 7(h) Expedited Non-Dispositive MOTION for Extension of Time . (Manion, Shauna) |
| 04/12/2018 | 18 | SCHEDULING ORDER: IT IS ORDERED that defendants' motion to modify the scheduling order 15 is GRANTED and the scheduling order is modified as follows: the parties shall complete discovery on or before April 20, 2018, and file any dispositive motions on or before May 18, 2018. Signed by Judge Lynn Adelman on 04/12/2018. (cc: all counsel)(lls) |
| 04/12/2018 | | Motions terminated: 15 Rule 7(h) Expedited Non-Dispositive MOTION for Extension of Time filed by Dominique Heaggan-Brown, Peter Hauser, City of Milwaukee. signed by Judge Lynn Adelman on 04/12/2018. (cc: all counsel)(lls) |

Case 2:17-cv-00862-LA    Filed 06/14/19    Page 4 of 7    Document 50-21

| | | |
|---|---|---|
| 04/16/2018 | 19 | Rule 7(h) Expedited Non-Dispositive MOTION for Extension of Time by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. (Attachments: # 1 Text of Proposed Order Attachment)(Gehling, Naomi) |
| 04/17/2018 | 20 | ORDER signed by Judge Lynn Adelman on 04/17/18. IT IS ORDERED that defendants' motion to modify the scheduling order 19 is GRANTED in part and the scheduling order is modified as follows: the parties shall complete discovery on or before 6/19/18, and file any dispositive motions on or before 7/19/18, subject to additional schedule modifications, as appropriate. (cc: all counsel) (Dreckmann, Julie) |
| 04/17/2018 | 21 | LETTER from Plaintiff regarding Objection to Defendant's Motion for Extension of Time . (Manion, Shauna) |
| 05/01/2018 | 22 | NOTICE of Appearance by Elleny B Christopoulos on behalf of City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. Attorney(s) appearing: Elleny B. Christopoulos (Christopoulos, Elleny) |
| 07/28/2018 | 23 | SCHEDULING ORDER signed by Judge Lynn Adelman on 7/28/18. IT IS ORDERED that a telephonic status conference will be held on 8/14/18 at 11:30 a.m. The court will initiate the call. Counsel must call the court prior to the call at 414-297-1285 to provide contact information. (cc: all counsel)(jad) (Entered: 07/30/2018) |
| 08/14/2018 | 24 | MINUTE ORDER for Telephonic Status Conference held on 8/14/18 by Judge Lynn Adelman. IT IS ORDERED that any motions in limine are due by 1/4/19; responses due 10 days later; and replies are due 1 week after the responses. IT IS ALSO ORDERED that a Final Pretrial will be held on 2/4/19 at 11:00 AM and a Jury Trial will commence on 2/25/19 at 8:30 AM in Courtroom 390. (kwb) |
| 01/04/2019 | 25 | MOTION in Limine by Ronnie Martin. (Manion, Shauna) |
| 01/04/2019 | 26 | MOTION in Limine by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. (Gehling, Naomi) |
| 01/04/2019 | 27 | BRIEF in Support filed by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown re 26 MOTION in Limine . (Gehling, Naomi) |
| 01/04/2019 | 28 | DECLARATION of Naomi E. Gehling *in Support of Defendants' Motions in Limine* (Attachments: # 1 Exhibit Unpublished case - Beckham v. Stiles, # 2 Exhibit Unpublished case - Martinez v. City of Chicago, # 3 Exhibit Unpublished case - Caldwell v. City of Chicago)(Gehling, Naomi) |
| 01/14/2019 | 29 | RESPONSE to Motion filed by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown re 25 MOTION in Limine *Response Brief to Plaintiff's Motion in Limine*. (Gehling, Naomi) |
| 01/14/2019 | 30 | RESPONSE to Motion filed by Ronnie Martin re 26 MOTION in Limine . (Manion, Shauna) |
| 01/22/2019 | 31 | REPLY BRIEF in Support filed by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown re 26 MOTION in Limine . (Gehling, Naomi) |
| 01/22/2019 | 32 | REPLY BRIEF in Support filed by Ronnie Martin re 25 MOTION in Limine . (Manion, Shauna) |
| 01/24/2019 | 33 | STIPULATION *to Extend Time for Filing Final Pretrial Reports* by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. (Attachments: # 1 Text of Proposed Order Attachment)(Gehling, Naomi) |
| 01/25/2019 | 34 | ORDER signed by Judge Lynn Adelman on 1/25/19 granting extension of time for filing final pretrial reports to 1/31/19. (cc: all counsel)(jad) |

Case 2:17-cv-00862-LA    Filed 06/14/19    Page 5 of 7    Document 50-21

| | | |
|---|---|---|
| 01/30/2019 | 35 | JOINT STIPULATION *to Adjourn Final Pretrial Conference* by Ronnie Martin. (Manion, Shauna) |
| 01/31/2019 | | Set/Reset Hearings: Final Pretrial Conference reset for 2/20/19 at 1:30 PM in Courtroom 390, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Judge Lynn Adelman. (jad) |
| 01/31/2019 | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 1/31/19 GRANTING joint stipulation to adjourn final pretrial 35 . (cc: all counsel)(jad) |
| 02/06/2019 | 36 | SCHEDULING ORDER signed by Judge Lynn Adelman on 2/6/19. IT IS ORDERED that a telephonic status conference will be held on 2/7/19 at 10:00 a.m. The court will initiate the call. Counsel must call the court prior to the call at 414-297-1285 to provide contact information. (cc: all counsel)(jad) |
| 02/07/2019 | 37 | Minute Entry for proceedings held before Judge Lynn Adelman: Status Conference held on 2/7/19. Parties discussed schedule for final pretrial and trial. Trial anticipated to take 1-2 days. Pretrial set for 2/20/19 at 1:30 p.m. Trial reset for 3/21/19 at 8:30 a.m. Court grants defendants uncontested motions in limine. Remaining contested motions in limine to be argued and decided at final pretrial. Parties discussed possibility of settlement. See attached minutes for details. (jad) |
| 02/13/2019 | 38 | JOINT STIPULATION *To File Pretrial Report* by Ronnie Martin. (Manion, Shauna) Modified on 2/14/2019 (bx). |
| 02/15/2019 | 39 | MOTION for Writ *of Habeas Corpus* by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. (Gehling, Naomi) |
| 02/15/2019 | 40 | *Joint* PRETRIAL REPORT by City of Milwaukee, Peter Hauser, Dominique Heaggan-Brown. (Attachments: # 1 Exhibit List Ex. A)(Gehling, Naomi) |
| 02/20/2019 | | TEXT ONLY ORDER signed by Judge Lynn Adelman on 2/20/19 granting 39 Motion for Writ. (cc: all counsel) (jad) |
| 03/18/2019 | | Set Hearings: Telephone Conference set for 3/18/19 at 2:00 PM before Judge Lynn Adelman. The Court will initiate the call. Counsel will call the court at 414-297-1285 to provide a contact number, (jad) |
| 03/18/2019 | 41 | Minute Entry for proceedings held before Judge Lynn Adelman: Telephone Conference held on 3/18/19. The claims on which plaintiff will proceed to trial have been narrowed to a Sec 1983 Excessive Force claim and a battery claim under state law. Though focus of claims is tasing, evidence of strip search is admissible. See minutes for further ruled motions in limine. Telephonic status conference set for 3/19/19 at 11:15 a.m. (jad) (Entered: 03/19/2019) |
| 03/19/2019 | 42 | Minute Entry for proceedings held before Judge Lynn Adelman: Telephone Conference held on 3/19/19. The parties have been discussing settlement and will notify the court if they reach an agreement. Plaintiff does not intend to pursue a state law battery claim at trial. The only cause of action for trial is the Sec. 1983 Excessive Force / Failure to Intervene claim. (jad) |
| 03/19/2019 | | Docket Annotation - The parties have notified the court that they have reached a settlement in principle. Therefore this case will be terminated for administrative purposes only pending receipt of a stipulation of dismissal. (jad) |

**PACER Service Center**

**Transaction Receipt**

Case 2:17-cv-00862-LA    Filed 06/14/19    Page 6 of 7    Document 50-21

| 06/03/2019 17:36:52 |||| 
|---|---|---|---|
| **PACER Login:** | davidowens0z | **Client Code:** | Smith |
| **Description:** | Docket Report | **Search Criteria:** | 2:16-cv-01702-LA |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |