IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | | |
|---|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf, | ) ) ) ) ) | No. 17-cv-862 |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN, | ) ) ) | |
| Defendants. | ) | |

# EXHIBIT 22

CAD History

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

### Primary Information

| | |
|---|---|
| Description: | CAD Examination for Sqd 7274 & Sqd 7275 (OT detail) |
| Reporting LEO: | Gibbs, Raymond R (Milwaukee Special Assignments DCI / Wisconsin Department of Justice DCI) |
| Approval Status: | Approved |
| Approved Date: | 09/14/2016 |
| Approved By: | Virgil, Tina R (DCI Administrative Services / Wisconsin Department of Justice DCI) |

### Synopsis

Summary of CAD information regarding this incident.

### Related Addresses

| Address | Relationship |
|---|---|
| 3216 N 44, Milwaukee, Wisconsin, United States of America | Location of Event |

### Related Subjects

| Name | Type | Sex | Race | DOB | Relationship |
|---|---|---|---|---|---|
| Heaggan-Brown, Dominique | Law Enforcement Official | --- | --- | --- | Mentioned |
| Malafa, Ndiva I | Law Enforcement Official | --- | --- | --- | Mentioned |
| Voden, Richard C | Law Enforcement Official | --- | --- | --- | Mentioned |
| Smith, Sylville K | Person | Male | Black | 04/11/1993 | Deceased |

### Record Status Information

| | |
|---|---|
| Record Origination Operator: | Gibbs, Raymond R (Milwaukee Special Assignments DCI / Wisconsin Department of Justice DCI) |
| Record Origination Date: | 09/13/2016 10:57 |
| Last Update Operator: | Virgil, Tina R (DCI Administrative Services / Wisconsin Department of Justice DCI) |
| Last Update Date: | 09/14/2016 15:20 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| Gibbs, Raymond R (Milwaukee Special Assignments DCI / Wisconsin Department of Justice DCI) | | Virgil, Tina R (DCI Administrative Services / Wisconsin Department of Justice DCI) | 9/16/2016 |

Narrative begins on the following page.



Voden
EXHIBIT 9
12-19-17 TM
Gramann Reporting, Ltd.

**Wisconsin Division of Criminal Investigation Case Report**
**Case/Report Number:16-4915/53 Summary of CAD**

On Tuesday, September 13, 2016, Wisconsin Department of Justice-Division of Criminal investigation Special Agent Ray Gibbs examined the Milwaukee Police Department Computer Aided Dispatch, (CAD) regarding this incident. CAD printouts were requested from the Milwaukee Police Department for overtime activity assignment that both of the squads participated in prior to this OID incident. Squad # 7274 was operated by P.O. Heaggan-Brown. Squad # 7275 was operated by P.O. Malafa and P.O. Voden. Below is a short summary of the CAD printout.

The CAD report is titled "Detailed History Unit 7274 between 08/13/2016 00:00 and 08/13/2016 23:59"

14:21:19 Heaggan-Brown logged on to the traffic SSI

Between 14:27:04and 15:30:34, there were twelve entries of traffic contacts or stops. Of note, none of the names checked was that of Sylville Smith.

At 15:36 :45 an entry of "Officer Fired Shots"
At 15:39:21 an entry of " Officer Related Shooting"
At 15:44:43 an entry of "Preempted and dispatched to call 162261888

The second portion of the CAD report is titled "Detailed History for 7275 Between 08/13/2016 00:00 and 08/13/2016 23:59"

14:19:26 Malafa and Voden logged on to vehicle 646 for Traffic SSI

Between 14:20:13 and 15:33:18 were thirteen traffic contacts in which names were checked for wants. Of note, none of the names checked was that of Sylville Smith.

At 15:36:14 was entry 162261888, location 3218 N. 45th St, MKE
Also at 15:36:14 was the entry " Preempted and dispatched to call 162261888.

SA Gibbs electronically attached the CAD printout to this report.

*This document contains neither recommendations nor conclusions of the Division of Criminal Investigation. It is the property of this Division, and is loaned to your agency. Its contents are not to be distributed outside your agency.*

SMITH 000891

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 3 of 6   Document 50-25

Output for:

Detailed History for Unit 7275 Between 08/13/2016 00:00 And 08/13/2016 23:59  ☐ Detail

| Time | Event | Details |
|---|---|---|
| 14:19:26 | *LOGON | Operator:022563 Vehicle:646 OperNames:MALAFA, NDIVA VODEN, RICHARD C MobileId:M:M133 Radio:CAR_646 Comment:TRAFFIC SSI |
| 14:19:26 | *OPON | Operators:022563 022646 OperNames:MALAFA, NDIVA VODEN, RICHARD C Comment:TRAFFIC SSI |
| 14:19:31 | RELOG | Operator:022563 022646 OperNames:MALAFA, NDIVA; VODEN, RICHARD C DAREA:D7 MobileTerm:M133 MobileId:M:M133 |
| 14:19:40 | -AVLCNT | |
| 14:19:48 | *RFT | Comment:INQUIRY QVEH,,,,,JNKCV51FX6M611197,, |
| 14:20:13 | DISPOS | #162261655 Type:TS Location:3991 N 53RD ST,MKE |
| 14:20:13 | -PRIU | |
| 14:20:34 | *RFT | Comment:INQUIRY QPER,RAGLAND,VASHAWN,J,M,B,09181994,,,,, |
| 14:20:52 | *RFT | Comment:INQUIRY QPER,RAGLAND,CHRISHAUN,A,M,B,05141999,,,,, |
| 14:21:32 | RELOG | Operator:022563 022646 OperNames:MALAFA, NDIVA; VODEN, RICHARD C SquadArea:7SPEC DAREA:D7 MobileTerm:M133 MobileId:M:M133 Comment:TRAFFIC SSI |
| 14:27:40 | CLEAR | #162261655 Type:TS Dispo:C10 DispoLevel:0 |
| 14:27:47 | BACKOS | #162261670 UnitID:7274 Type:NP CallLoc:620 W CAPITOL DR,MKE Location:620 W CAPITOL DR,MKE |
| 14:28:01 | *RFT | Comment:INQUIRY QVEH,,585YXT,AT,OO,,, |
| 14:29:22 | *RFT | Comment:INQUIRY QVEH,,478UTK,AT,OO,,, |
| 14:29:47 | *RFT | Comment:INQUIRY QVEH,,478YTK,AT,OO,,, |
| 14:30:06 | *RFT | Comment:INQUIRY QVEH,,151XLD,AT,OO,,, |
| 14:30:42 | CLEAR | Type:NP Dispo:C18 DispoLevel:0 |
| 14:31:38 | *RFT | Comment:INQUIRY QPER,WALKER,GREGORY,J,M,B,01051971,,,,, |
| 14:32:06 | *RFT | Comment:INQUIRY QPER,COLLINS,LILLIAN,R,F,B,09171972,,,,, |
| 14:32:22 | DISPOS | #162261693 Type:TS Location:6310 W CAPITOL DR,MKE |
| 14:32:53 | *RFT | Comment:INQUIRY QVEH,,151XLD,AT,OO,,, |
| 14:36:06 | *RFT | Comment:INQUIRY QVEH,,754XWC,AT,OO,,, |
| 14:40:01 | CLEAR | Type:TS Dispo:C10 DispoLevel:0 |
| 14:41:21 | DISPOS | #162261710 Type:TS Location:N 68TH ST / W MELVINA ST,MKE |
| 14:41:21 | -PRIU | |
| 14:42:59 | *RFT | Comment:INQUIRY QVEH,,380VRR,AT,OO,,, |
| 14:43:22 | *RFT | Comment:INQUIRY QVEH,,224XUH,AT,OO,,, |
| 14:44:22 | *CLEAR | Type:NP Dispo:C18 DispoLevel:0 |
| 14:44:49 | *DISPOS | #162261725 Type:TS Location:6620 W CAPITOL DR Plate:224XUH |
| 14:44:49 | -PRIU | |
| 14:45:34 | *RFT | Comment:INQUIRY QPER,JIHNSON,TIJUANA,L,F,B,03131985,,,,, |
| 14:47:30 | CHANGE | Location:6620 W CAPITOL DR,MKE DAREA:D7 RptDist:1755 Agency:MWPD SquadArea:720 |
| 14:47:33 | CLOS | |
| 14:47:46 | *RFT | Comment:INQUIRY QVEH,NY,GXP1912,AT,OO,,, |
| 14:48:19 | *RFT | Comment:INQUIRY QVEH,NY,GXP1912,AT,OO,,, |
| 14:49:12 | *RFT | Comment:INQUIRY QVEH,,663XYH,AT,OO,,, |

SMITH 000894

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 4 of 6   Document 50-25

| Time | Action | Details |
|---|---|---|
| 14:49:53 | CLEAR | Type:TS Dispo:C10 DispoLevel:0 |
| 14:50:24 | DISPOS | #162261745 Type:TS Location:6206 W CAPITOL DR,MKE Plate:663XYH |
| 14:50:24 | -PRIU | |
| 14:50:55 | *RFT | Comment:INQUIRY QPER,TAYLOR ROBINSON,JAMALE,A,M,B,11131993,,,,, |
| 14:54:12 | *RFT | Comment:INQUIRY QVEH,,525YMS,AT,OO,,, |
| 14:55:52 | *RFT | Comment:INQUIRY QVEH,,353XSB,AT,OO,,, |
| 14:59:53 | CLEAR | Type:TS Dispo:C10 DispoLevel:0 |
| 15:00:23 | DISPOS | #162261786 Type:TS Location:3781 N 76TH ST,MKE |
| 15:00:23 | -PRIU | |
| 15:00:31 | *RFT | Comment:INQUIRY QVEH,,353XSB,AT,OO,,, |
| 15:00:48 | *RFT | Comment:INQUIRY QPER,SIMS,RYAN,,M,B,08191986,,,,, |
| 15:05:21 | *RFT | Comment:INQUIRY QVEH,,,,,4C3AU52NXWE153580,, |
| 15:05:46 | *RFT | Comment:INQUIRY QPER,ANDERSON,ANTHONY,K,M,B,05051990,,,,, |
| 15:06:05 | *RFT | Comment:INQUIRY QPER,BEEMAN,DORSEY,D,M,B,02271992,,,,, |
| 15:07:12 | CLEAR | Type:TS Dispo:C10 DispoLevel:0 |
| 15:07:51 | DISPOS | #162261809 Type:TS Location:3722 N 76TH ST,MKE |
| 15:07:51 | -PRIU | |
| 15:10:06 | *RFT | Comment:INQUIRY QVEH,,436XUN,AT,00,,, |
| 15:10:53 | CLEAR | Type:TST Dispo:C10 DispoLevel:0 |
| 15:11:25 | DISPOS | #162261820 Type:TS Location:3956 N 75TH ST,MKE |
| 15:11:55 | *RFT | Comment:INQUIRY QPER,MCCANTS,HARRISON,N,M,B,08171985,,,,, |
| 15:17:56 | CLEAR | Type:TS Dispo:C10 DispoLevel:0 |
| 15:18:04 | DISPOS | #162261821 Type:1810 CallLoc:7713 W LORRAINE PL,MKE |
| 15:18:04 | -PRIU | |
| 15:20:10 | *RFT | Comment:INQUIRY QVEH,,526VTK,AT,00,,, |
| 15:20:59 | CLEAR | Type:1810 Dispo:C15 DispoLevel:0 |
| 15:21:51 | DISPOS | #162261854 Type:TS Location:3176 N 75TH ST,MKE |
| 15:21:51 | -PRIU | |
| 15:21:56 | *RFT | Comment:INQUIRY QPER,JOHNSON,TERRENCE,R,M,B,04231989,,,,, |
| 15:21:58 | *RFT | Comment:INQUIRY QVEH,,526VTK,AT,00,,, |
| 15:26:27 | *RFT | Comment:INQUIRY QVEH,,390YZW,AT,00,,, |
| 15:27:15 | CLEAR | Type:TS Dispo:C10 DispoLevel:0 |
| 15:28:01 | DISPOS | #162261867 Type:TS Location:5643 W ROOSEVELT DR,MKE Plate:390YZW |
| 15:28:01 | -PRIU | |
| 15:29:12 | *RFT | Comment:INQUIRY QPER,MORTON,THOMAS,E,M,B,07081993,,,,, |
| 15:29:32 | *RFT | Comment:INQUIRY QPER,DRAW,CALVIN,,M,B,11111961,,,,, |
| 15:30:02 | *RFT | Comment:INQUIRY QPER,ROGERS,LONDON,M,M,B,03021999,,,,, |
| 15:31:12 | *RFT | Comment:INQUIRY QVEH,,670YBV,AT,00,,, |
| 15:31:33 | *RFT | Comment:INQUIRY QPER,DAVIS,DARRIS,T,M,B,06151993,,,,, |
| 15:33:10 | CLEAR | Type:TS Dispo:C10 DispoLevel:0 |
| 15:33:18 | BACKOS | #162261872 UnitID:7274 Type:TS CallLoc:5100 W CHAMBERS ST,MKE Location:5100 W CHAMBERS ST,MKE |
| 15:36:14 | DISPOS | #162261888 Type:FP Location:3218 N 45TH ST,MKE |
| 15:36:14 | -PRIU | |

SMITH 000895

```
15:36:14  PRMPT    #162261872 Comment:Preempted and dispatched to call #162261888

15:38:33  MISC     #162261888 Comment:BM GSW PNB
15:45:41  *RFT     Comment:INQUIRY QPER,PRITCHARD,DEMARIO,D,M,B,08091992,,,,,
15:53:35  *RFT     Comment:INQUIRY QVEH,MI,DHJ4061,AT,00,,,
16:38:30  CONTCT   ContactTime:240
18:32:15  CONTCT   ContactTime:120
21:08:38  CONTCT   ContactTime:240
```