IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

The ESTATE OF SYLVILLE K. SMITH, by )
Personal Representative Mildred Haynes, )    No. 17-cv-862
Patrick Smith, and Mildred Haynes, on her )
own behalf, )
      )
      Plaintiffs, )    JURY TRIAL DEMANDED
      )
      v. )
      )
CITY OF MILWAUKEE, WISCONSIN )
and DOMINIQUE HEAGGAN-BROWN, )
      )
      Defendants. )

# EXHIBIT 30

Novack Criminal Trial Transcript

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

```
 1    STATE OF WISCONSIN     CIRCUIT COURT     MILWAUKEE COUNTY
                                  BRANCH 30
 2
      ---------------------------------------------------------
 3
      STATE OF WISCONSIN,
 4
                            Plaintiff,
 5
           vs.                        Case No. 2016-CF-005562
 6
      DOMINIQUE L. HEAGGAN-BROWN,
 7
                            Defendant.
 8    ---------------------------------------------------------

 9                           JURY TRIAL - AM

10    ---------------------------------------------------------

11    JUNE 15, 2017                   HON. JEFFREY A. CONEN,
                                      Circuit Court Judge,
12    LAURELL L. BRESLOW-COLLIEN, RPR  presiding.
      Official Court Reporter
13

14    CHARGES:
15    Count 1: First-Degree Reckless Homicide

16

17

18

19                    A P P E A R A N C E S:

20    JOHN T. CHISHOLM, District Attorney, and BENJAMIN
      LINDSAY, Assistant District Attorney, appeared on behalf
21    of the State of Wisconsin.

22    STEVEN R. KOHN and JONATHAN C. SMITH, Attorneys at Law,
      appeared on behalf of the Defendant.
23
      DOMINIQUE L. HEAGGAN-BROWN, Defendant, was present in
24    custody.

25    ALSO PRESENT:  J. Michael Damarco, Investigator
```

1

```
                          I N D E X

WITNESS                                              PAGE

SPECIAL AGENT JAY NOVAK

     Direct Examination by Mr. Chisholm ..............  5




                       E X H I B I T S
     NO.    DESCRIPTION                    ID'D      RCV'D
     43     Body Camera Transcript .......... 44 ........ --
     71     Package of Photo Stills ........ 38 ........ 41
     72     Package of Photo Stills ........ 19 ........ 20
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 3 of 48   Document 33   SMEC-B004287

1            <u>TRANSCRIPT OF PROCEEDINGS</u>   (9:53 a.m.)

2                THE CLERK:  Case No. 16-CF-5562, State

3    of Wisconsin vs. Dominique Heaggan-Brown,

4    first-degree reckless homicide.  Matter is here

5    for a jury trial.  Appearances.

6                MR. CHISHOLM:  Good morning, Your

7    Honor.  John Chisholm and Ben Lindsay on behalf of

8    the State.

9                MR. SMITH:  Good morning.  Attorneys

10   Jonathan Smith and Steven Kohn on behalf of

11   Mr. Heaggan-Brown.

12               THE COURT:  All right.  Good morning.

13   Are we ready to go this morning?

14               MR. CHISHOLM:  We are, Your Honor.

15               THE COURT:  Defense?

16               MR. SMITH:  Yes.

17               THE COURT:  All right.  Next witness.

18               MR. CHISHOLM:  The State's first

19   witness would be Special Agent Jay Novak.

20               THE COURT:  Let's go off the record for

21   a second.

22               (A discussion was held off the record.)

23               THE BAILIFF:  All rise for the jury.

24               (The jury entered the courtroom.)

25               THE BAILIFF:  You may be seated.

```
 1                    THE COURT:  All right.  We're on the

 2         record.  Good morning, ladies and gentlemen.

 3         We've readjusted some of the TV cameras for you

 4         guys so hopefully that will work for you.  If you

 5         do have problems during the course of the trial,

 6         kind of get one of our attention and ask if we can

 7         kind of readjust a few things.  We want to make

 8         sure that everyone can see everyone so that we

 9         don't run into a problem later on.

10                    So some of the issues with regard to

11         the video from yesterday, it is -- it's my

12         understanding that at least parts of that, if not

13         all of it, are going to be replayed during the

14         course of the testimony of the next witness also

15         so you'll have an opportunity to see it happen.

16                    All right.  Next witness.

17                    MR. CHISHOLM:  The State calls Special

18         Agent Jay Novak.

19                    THE COURT:  Raise your right hand.

20                    **SPECIAL AGENT JAY NOVAK**, called as a

21         witness herein, being first duly sworn, was

22         examined and testified as follows:

23                    THE COURT:  Have a seat, please.

24                    THE WITNESS:  Thank you.

25                    THE COURT:  Tell us your name; spell
```

4

```
 1              your first and last name, please.

 2                        THE WITNESS:  Agent Jay, J-A-Y, Novak,

 3              N-O-V-A-K.

 4                        THE COURT:  You may proceed.

 5                        MR. CHISHOLM:  Thank you, Your Honor.
```

**DIRECT EXAMINATION**

```
 7    BY MR. CHISHOLM:

 8    Q      Good morning, Agent Novak.  How are you?

 9    A      Good morning, sir.  Good.

10    Q      How long have you worked with the Division of

11           Criminal Investigation with the Department of

12           Justice?

13    A      Since 1992.

14    Q      And what assignments have you held in your role as

15           a special agent?

16    A      Predominantly narcotics bureau within the

17           Milwaukee office.

18    Q      And were you working as a special agent with DCI

19           on August 13 of 2016?

20    A      I was.

21    Q      And do you recall what occurred on that day, and

22           can you tell the jury what your assignment was

23           that particular day and subsequently as it relates

24           to events from the 13th of August?

25    A      On that particular day, there was an
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 6 of 48   Document 33-8 SMITH004290

```
 1              officer-involved shooting with the Milwaukee
 2              Police Department.  I did not have an assignment
 3              that day.  I subsequently received assignments
 4              thereafter in the following day.
 5     Q    And specifically, you were asked to look at video
 6              footage that was captured from body cameras from
 7              Officer Dominique Heaggan-Brown and Officer Ndiva
 8              Malafa; is that correct?
 9     A    Yes, sir.
10     Q    And what kind of background do you have in
11              examining that type of information?
12     A    I've been trained through various avenues in video
13              analysis, along with having done so on probably 50
14              to 100 occasions in my career on whether it be
15              body cameras, squad cameras, noninclusive of
16              surveillance video.
17     Q    And as part of your assignment, are you also
18              assigned to work cases involving officer-involved
19              shootings?
20     A    I am.
21     Q    And specifically did you have the opportunity to
22              review body camera footage from that incident from
23              those two respective officers?
24     A    I did.
25     Q    And you've reviewed that extensively?
```

```
1   A    Yes, sir.

2   Q    And that's been entered into the record already as

3        Exhibit 42.  And you've had the opportunity to --

4        to look at the State's exhibit both in the video

5        format but also in the still format; is that

6        correct?

7   A    Yes, sir.

8   Q    I'm going to start playing the body camera footage

9        from Officer Heaggan-Brown, and we're going to

10       play that all the way through, and then afterwards

11       I'll ask if you recognize that footage.

12  A    Okay.

13  Q    Thank you.

14            MR. LINDSAY:  For the record, I'm

15       playing the video file contained within Exhibit

16       42, which is the body camera footage of Officer

17       Heaggan-Brown.

18            THE COURT:  I can't -- you're going to

19       have to speak up.

20            MR. CHISHOLM:  Oh, sorry.

21            MR. LINDSAY:  And I'm playing it in its

22       entirety.

23            THE COURT:  Is there audio that's

24       attached to it?

25            MR. LINDSAY:  There will be audio, and
```

7

```
 1            I will be --
 2                    THE COURT:  If you want to use this
 3            microphone here.
 4                    MR. CHISHOLM:  I think we have the
 5            speaker issue worked out.
 6                    THE COURT:  We have that squared away?
 7                    MR. CHISHOLM:  We're all right, Judge,
 8            we do.  So we'll begin to play it at this time.
 9                    (The video was played.)
10    BY MR. CHISHOLM:
11    Q    Agent Novak, was that an accurate depiction of the
12         video that you reviewed?
13    A    Yes, it was.
14    Q    And you also had an opportunity to review the
15         video footage from Officer Ndiva Malafa; is that
16         correct?
17    A    Yes, that is.
18    Q    I would ask you to take a look at that full speed
19         all the way through as well, and then I'll ask you
20         some specific questions about what you were
21         focused on in your investigation.
22    A    Very well.
23                    MR. LINDSAY:  And I'm playing the body
24            camera footage for Officer Ndiva Malafa contained
25            within Exhibit 42 in its entirety starting at the
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 9 of 48   Document 33-3004293

```
 1            beginning.

 2                        MR. CHISHOLM:  With audio.

 3                        MR. LINDSAY:  With audio.

 4                        (The video was played.)

 5     BY MR. CHISHOLM:

 6     Q     Agent Novak, is that also an accurate depiction of

 7           the footage that you reviewed as well from Officer

 8           Malafa?

 9     A     It is.

10     Q     Facts have been introduced in this case that there

11           were two shots fired --

12                        THE COURT:  Can you speak up --

13                        MR. CHISHOLM:  I'm sorry.

14                        THE COURT:  -- please?

15     BY MR. CHISHOLM:

16     Q     Facts have been introduced that there were two

17           shots fired by Officer Heaggan-Brown.  Can you

18           tell us specifically what you were asked to do

19           with respect to the video footage?

20     A     To attempt to view it at whatever speed possible

21           to determine when shots were fired, at what point

22           in time, body movements, things of that nature.

23     Q     And how do you go about doing that?

24     A     Initially real time speed and then slowing it down

25           until the precise time that you can see a
```

9

```
 1              functioning of the weapon.  Normally with a
 2              semiauto pistol, you'll see the slide start to go
 3              rearward.  Understanding that video is not like a
 4              human eye, where you're not getting as many frames
 5              as the human eye sees at any point in time.
 6              Specifically with these cameras they're 30 frames
 7              per second, and trying to slow it down to the
 8              point in time where you can make a determination
 9              on either seeing a casing ejected from the weapon
10              or a slide moving rearward.
11     Q     And that's what you attempted to do in both of
12              these cases?
13     A     Yes, sir.
14     Q     So if I take you now to the footage from Dominique
15              Heaggan-Brown and I take you initially to frame
16              289 and walk you up to that point --- so you were
17              able to -- this is frame 289.  And at this point,
18              this was -- this would be a demonstration that you
19              were able to review this frame by frame; is that
20              correct?
21     A     Yes, sir.
22     Q     And just for the record, what can you observe in
23              this particular frame?
24     A     This is where Officer Brown is still in his squad
25              just prior to making the approach to the suspect
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 11 of 48   Document 53   SM50-33004295

```
 1              vehicle.
 2    Q    I'm going to move from frame 289 to frame 534, and
 3         if you would monitor on your screen, I know your
 4         screen doesn't have the greatest resolution.  If
 5         it's more helpful to look at the main screen,
 6         that's fine as well.
 7                   MR. LINDSAY:  Stop at what frame?
 8                   MR. CHISHOLM:  534.
 9                   (The video was played.)
10    BY MR. CHISHOLM:
11    Q    And going from frames 289 to 534, what do you
12         observe there?
13    A    It was when Officer Brown -- Heaggan-Brown was
14         arriving by the suspect vehicle, had put his squad
15         into park and was exiting via the driver's door
16         and going around the front of his squad car.
17    Q    If I move from frames 534 to 538, what occurs
18         there?
19    A    He had drawn his duty pistol, was in an east to
20         southeasterly direction.  The subject on the
21         sidewalk had been previously observed at the side
22         of the suspect vehicle, the passenger side and had
23         begun walking away.  He is now rounding the front
24         of the squad car with the suspect vehicle parked,
25         as looking at this view straight ahead and to the
```

11

```
 1              right or to the southeast approximately.

 2   Q     Thank you.  Moving from 538 to frame 545.

 3                   (The video was played.)

 4   BY MR. CHISHOLM:

 5   Q     Can you describe what occurs in that timeframe?

 6   A     That's when Mr. Smith initially appears on screen,

 7         on camera view, after he had exited the suspect

 8         vehicle driver's door and began running in a north

 9         to northeast direction around the driver's side of

10         his vehicle, and Officer Heaggan-Brown appeared to

11         be as though attempting to approach him at that

12         point in time.

13   Q     If I move from frame 552 to 558.

14                   MR. LINDSAY:  We're at 547.

15                   MR. CHISHOLM:  I'm sorry, to 552.  Can

16         we move it to frame 558, please?

17                   (The video was played.)

18   BY MR. CHISHOLM:

19   Q     Can you describe what's occurred there in those

20         frames?

21   A     At that point, Officer Heaggan-Brown is

22         essentially in front to the front passenger side

23         of his squad.  Mr. Smith was fleeing in a

24         northerly direction, and during those few previous

25         frames, you could see the gun in his hand, which
```

12

```
 1              had waved in a south direction and then was coming

 2              back forward.

 3      Q      And would it be helpful if we moved that back

 4              again one time, just one frame or two?  Then stop

 5              there.  Is that what you were describing?

 6      A      Yes, sir.

 7      Q      Thank you.  And that was at 552.

 8      A      Correct.

 9      Q      We now move it from 558 to 572.

10                      (The video was played.)

11  BY MR. CHISHOLM:

12      Q      Can you describe what you've observed in those

13              frames?

14      A      Officer Heaggan-Brown began to engage in a foot

15              pursuit of Mr. Smith.  The gun was not visible due

16              to it being on the right side of Mr. Smith's body,

17              at that point in time in the camera view off the

18              lapel pointing in a somewhat downward fashion, and

19              it appeared as though Officer Heaggan-Brown was

20              starting to reholster his weapon at that point in

21              time.

22      Q      Just for the record, there appears that there may

23              be another person in the screen; is that accurate?

24      A      Yes, sir.

25      Q      And where is that located?
```

13

```
1   A   Directly east but north of the suspect vehicle
2       that Mr. Smith exited.
3   Q   And before we continue, some of these still frames
4       appear grainy.  What's the word that's used?
5   A   Pixilation of it.
6   Q   Pixilation.  Can you explain that process to the
7       jury?
8   A   Due to the slow motion effect of any video and the
9       frame rate, it being 30 frames a second, the
10      slower you play it, the more pixilated it gets,
11      meaning the pixels get distorted within individual
12      frames itself.  It's not like the human eye where
13      you can track.  It's the quality of the camera and
14      what field of view it has, et cetera.
15  Q   So when you're playing it at the regular speed,
16      the -- the camera is able to at least get the
17      appearance of being clear, but when you -- when
18      you slow it down to an individual frame, it
19      becomes grainier; is that correct?
20  A   Yes, sir.
21  Q   And of course the flip side of that is that if --
22      if the camera is moving around a lot, it -- it
23      creates sort of a jiggling effect when it's played
24      at regular speed; is that correct?
25  A   Yes.
```

14

```
 1    Q     We're at -- go from 572 to frame 690.  Again, I
 2          apologize.  When I'm going back and forth, I can't
 3          see it on that screen, the actual frame, so
 4          sometimes I have to double-check.
 5                    (The video was played.)
 6    BY MR. CHISHOLM:
 7    Q     Stopping at 691, frame 691, can you tell what's
 8          occurred in those succeeding frames?
 9    A     That was when the foot pursuit engaged immediately
10          north and east around the residence, I believe it
11          was 3210-3212, duplex, around that corner, and
12          Mr. Smith's feet, I think the momentum in running,
13          slid out from underneath him.  He slid down onto
14          his right side and then most of the video is not
15          clearly observable on Officer Heaggan-Brown's body
16          camera because of the -- as we talked about the
17          jutter and the movement, quick pacing and him
18          running, but then at the end you see Mr. Smith on
19          his right side on his right buttocks and the gun
20          underneath his right hand as he's falling down.
21    Q     If I now move from frame 691 to 694, can you
22          describe that, please?
23    A     That's where the gun becomes more visible.  He
24          never actually completely was supine on the
25          ground.  When he fell, it was more onto his hip,
```

15

```
 1              and he had turned more to an easterly direction
 2              with his body and his face towards the fence, but
 3              the gun you can see underneath his right hand
 4              sticking out from the underside of his right
 5              wrist.
 6    Q    If I move from 694 to 697, can you describe what
 7              happens in those three frames?
 8    A    That it appeared as though he -- he had begun
 9              movement to his left side to either start to rise,
10              which ended up being that was the case; he was
11              starting to rise, and gripping the gun with his
12              right hand.
13    Q    And what's occurring with Officer Heaggan-Brown in
14              this frame?
15    A    He is beginning to -- it appears as though he has
16              redrawn his service pistol as you can see it
17              coming up into the bottom right corner of the
18              screen.
19    Q    694 to 697.
20                   MR. LINDSAY:  We're on 697.
21                   MR. CHISHOLM:  I'm sorry, 697 to 706.
22                   (The video was played.)
23    BY MR. CHISHOLM:
24    Q    And again, can you describe those frames?
25    A    At that point, Mr. Smith had begun to rise again
```

16

```
 1              using his left hand.  It appeared to be to brace
 2              himself and help pull himself back up from the
 3              ground.  Officer Heaggan-Brown had drawn his
 4              service weapon and is now coming to a two-handed
 5              grip in front of his body in the direction of
 6              Mr. Smith.
 7     Q     706 to 715.
 8                    (The video was played.)
 9   BY MR. CHISHOLM:
10     Q     And can you describe that?
11     A     That is when Mr. Smith is rising back to a
12              semi-standing position but bent at the waist,
13              still holding on to the fence, and you can see the
14              gun in his right hand and his head turning back to
15              look at Officer Heaggan-Brown.
16     Q     And Mr. Smith is wearing sunglasses at that point
17              in time?
18     A     It appeared to be, yes.
19     Q     From 715 to 719.
20                    (The video was played.)
21   BY MR. CHISHOLM:
22     Q     Would you please describe that?
23     A     That's when he's almost come to a full standing
24              position and clearly has the gun in his right hand
25              and is looking directly -- it appears to be
```

17

```
 1          directly back at Officer Heaggan-Brown and/or

 2          Officer Malafa.

 3    Q     And how are his shoulders oriented in that frame?

 4    A     They're essentially at a 90 to Officer

 5          Heaggan-Brown.  His right shoulder had bladed, be

 6          turning to his right.

 7    Q     From 719 to 720.

 8                    (The video was played.)

 9 BY MR. CHISHOLM:

10    Q     And can you describe this?

11    A     That would have been the first shot that Officer

12          Heaggan-Brown fired.  You can see the slide, it

13          moved rearward past the webbing of the hand.  The

14          slide functions forward and reverse on a pistol,

15          and you can see the slide had moved rearward so

16          the bullet had already been fired, the first

17          round, and the gun in Mr. Smith's hands while he's

18          pretty much in a standing position with his right

19          arm slightly bent forward.

20    Q     And again, we're going to present evidence on the

21          functioning of a semiautomatic pistol, but in your

22          training and experience, this is consistent with

23          that particular firearm being in operation, being

24          in cycle right now?

25    A     Yes, sir.
```

18

```
 1    Q      If we could, I would like to mark frame 720.
 2           We've prepared some --
 3                      I'll show you what's been marked as
 4           Exhibit No. 72.  That is a package of stills.
 5           Each still is individually marked with a time --
 6           or a frame stamp, and I would just ask you to look
 7           at Exhibit No. 72 and ask if you recognize the
 8           picture and if you can identify that picture.
 9                      THE COURT:  Wait.  So Exhibit 72 is the
10           entire packet?
11                      MR. CHISHOLM:  It's the entire packet.
12                      THE COURT:  So then let's delineate
13           what page, what page number it is.
14                      MR. CHISHOLM:  It has a time stamp --
15           or it has a unique identifier on each page.
16                      THE COURT:  Okay.
17                      MR. CHISHOLM:  I'll have him identify
18           that.
19                      THE WITNESS:  This is the same as the
20           still photo up on the monitors right now.
21    BY MR. CHISHOLM:
22    Q      And how is that identified on that?
23    A      As JPG numbering one hundred seven two zero.  The
24           seven two zero matching up with the frame.
25    Q      Thank you.
```

19

```
 1    A      You're welcome.
 2    Q      And if you would -- if you would just mark that
 3           particular thing in a clear area as what that
 4           depicts, just in one or two words.
 5    A      (Complies.)
 6    Q      And what did you indicate that this frame is?
 7    A      "Slide rearward."
 8    Q      Thank you.
 9    A      You're welcome.
10                  MR. CHISHOLM:  And, Your Honor, I would
11           ask that Exhibit No. 72 be admitted to the record
12           and I will withhold publishing at this time.
13                  THE COURT:  Any objection?
14                  MR. SMITH:  No.
15                  THE COURT:  It will be received, and
16           that will be the entire packet, correct?
17                  MR. CHISHOLM:  That is correct.
18                  (Exhibit 72 was received.)
19    BY MR. CHISHOLM:
20    Q      If I could now advance one frame to frame 721.
21           What can you see in that frame?
22    A      That's where Officer Heaggan-Brown's gun was
23           finishing its recoil upward, and Mr. Smith appears
24           to have the weapon by the barrel in his right hand
25           and moving in an upward fashion.
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 21 of 48   Document 50-33 SMITH004305

```
 1                    MR. CHISHOLM:  I have a demonstrative

 2          exhibit here.  If the Court would like me to have

 3          that marked, I could do so, however, I don't know

 4          if --

 5                    THE COURT:  It's not going to be

 6          entered into evidence.  It would be demonstrative

 7          so it's up to you for the defense.  Do you want it

 8          marked?

 9                    MR. SMITH:  No.

10                    THE COURT:  Okay.

11                    MR. CHISHOLM:  Thank you.

12     BY MR. CHISHOLM:

13     Q    Agent Novak, you recognize these types of items?

14     A    I do.  They're red guns, training guns.

15     Q    These are training guns and they're made to at

16          least resemble in general form the firearms that

17          the police officers use or may encounter?

18                    MR. KOHN:  Your Honor.

19                    A JUROR:  We can't see.

20                    THE COURT:  I'm sorry.  Yeah, let's

21          move it a little farther.  Can you see over there

22          or do you need to move it a little closer?

23                    A JUROR:  Yes.

24                    THE WITNESS:  That's correct.

25     BY MR. CHISHOLM:
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 22 of 48   Document 150-33   SH50134306

```
 1    Q    Thank you.  If you could just demonstrate, even if
 2         perhaps stepping away from the stand for a moment,
 3         and just demonstrate how that gun is being held by
 4         Mr. Smith at this time.
 5    A    Like this.  That particular weapon had an extended
 6         magazine on it, so that's why you see the extra
 7         length coming off the magazine well, it's longer.
 8         Holding it like this and moving it in a upward
 9         fashion.
10              THE COURT:  So the record should
11         reflect that the agent is holding the weapon by
12         the barrel with the handle down, basically tossing
13         it across his body or quasi across his shoulder,
14         not across his entire body.  Would that be an
15         accurate description?
16              MR. CHISHOLM:  It is, Your Honor.
17              THE COURT:  And from the defense?
18              MR. SMITH:  Yes.
19              THE COURT:  All right.  Thank you.
20              MR. CHISHOLM:  Thank you.
21    BY MR. CHISHOLM:
22    Q    Now, you mentioned this extended magazine.  Is
23         that a unique feature of this particular weapon
24         that's being observed?
25    A    Unique to have that in the weapon, yes.
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 23 of 48   Document 33   SM150-004307

```
 1    Q    And not unique, but -- well, let me just ask this
 2         question.  What is an extended magazine?
 3    A    A normal magazine holds, depending on the caliber
 4         or the type of weapon, a certain number of rounds.
 5         An extended magazine is nothing but a lengthened
 6         magazine to hold additional rounds.  So instead of
 7         10, this one I believe held 28 or 30, if I recall
 8         correctly.
 9    Q    So I'm going to show you what's already been
10         marked as Exhibit 41 and Exhibit 64, and if you
11         could just describe those two exhibits and if
12         that's -- if that's a way of demonstrating what
13         we're talking about here.
14    A    Yes, it is.  The one in the plastic bag is a
15         normal magazine capacity.  This in -- that's loose
16         and not in the bag would be the extended magazine
17         that holds more ammunition, but it stays within
18         the same firearm.
19    Q    Those are -- those are legal, those are
20         commercially available; is that correct?
21    A    Yes, they are.
22    Q    Thank you.  Now, typically if a firearm were --
23         I'll strike that.  I'll approach that later.
24              I would like to go back to the frame
25         analysis.  We're at frame 721.  Before we go
```

23

```
 1            further again, there's one thing that I would just

 2            like to draw your attention to and ask if it has

 3            any relevance of your assessment of the timing.

 4            And again, looking at Exhibit [sic] 721, there's

 5            also a fence post; is that correct?  Can you see

 6            that on your screen?

 7    A       Yeah, yes.

 8    Q       And there appears to be a vertical black metal

 9            strip right there as well?

10    A       Correct.

11    Q       And if we were to slide backwards several frames.

12                    MR. LINDSAY:  I'm reversing from 721

13            back to 717.

14    BY MR. CHISHOLM:

15    Q       Now, if you look at 717, what condition is that --

16            is that metal frame in at that time?

17    A       It's essentially vertical.

18    Q       And that would have been prior to the discharge of

19            the first round?

20    A       Yes, sir.

21    Q       And now if we move back again to 721.

22                    MR. LINDSAY:  I'm advancing back to

23            722.

24    BY MR. CHISHOLM:

25    Q       And what can you see here?
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 25 of 48   Document 133    SM50-3304309

```
 1    A      It appears as though it's bent or deformed at that

 2           point in time.

 3    Q      And do you observe anything with respect to

 4           Mr. Smith's right arm, bicep area?

 5    A      With the pixilation it's hard to make a positive

 6           determination, but it appears as though you can

 7           see the wound through his bicep area of his right

 8           arm.

 9    Q      If we move from 722 up one frame to 723, can you

10           describe that?

11    A      That's where Mr. Smith is still turned in a

12           westerly direction with his head mostly towards

13           Officer Heaggan-Brown, and his right arm is

14           continued upward and over the fence with the

15           firearm, and it appears as though that's at the

16           moment in time or just prior to releasing a hold

17           on the gun that Mr. Smith had.

18    Q      723 to 724, can you describe what happens in that

19           frame?

20    A      That's where he released the gun.  He was tossing

21           it in an easterly direction.

22    Q      From 723 to 724 -- 724 to 730.

23                   (The video was played.)

24    BY MR. CHISHOLM:

25    Q      Can you describe that?
```

25

```
 1    A      He had -- you can see the gun traveling in an
 2           easterly direction and he had bladed his body now
 3           away from with his head turned towards the east
 4           and was starting to make a downward rearward
 5           movement with his body.
 6    Q      730 to 754.
 7                       (The video was played.)
 8    BY MR. CHISHOLM:
 9    Q      And can you describe those frames?
10    A      That was where he fell to his backside onto his
11           back in a prone, somewhat supine position with his
12           head facing to the north, northwest slightly
13           closest to the adjoining residence wall and his
14           feet coming up over the top of him.  Over his
15           torso.
16    Q      Thank you.  And are his -- is any portion of his
17           upper body, arms, torso, head visible at that
18           time?
19    A      Only part of his -- his left arm.  His right arm
20           is not visible.
21    Q      Thank you.  754 to 759.
22                       (The video was played.)
23    BY MR. CHISHOLM:
24    Q      You can you describe that movement?
25    A      You're starting to see his feet come further over
```

26

1          the top of his torso almost in line with his head.

2          The soles of his shoes are visible and his feet

3          are upward, and his right arm now starts to become

4          visible at least from the forearm/elbow to bicep

5          area slightly, but the hand is not in the -- the

6          left arm appears to be near his head.

7     Q    And that right arm, does that appear to be on the

8          pavement, on the sidewalk at that time?

9     A    It appears to be close, yes, flat on the walk

10         area.

11    Q    From 759 to 771.

12              (The video was played.)

13    BY MR. CHISHOLM:

14    Q    Can you describe what's occurred there?

15    A    His motion -- or his movement is still continuing

16         with his body very fluidly, and his right leg

17         comes all the way over the top of his head, almost

18         on a horizontal plane past his head and his right

19         arm a similar position, and that frame 771, it

20         appears a second shot was fired as the slide

21         appeared to have moved rearward on the weapon.

22    Q    If I could -- if I showed you again Exhibit No.

23         72, do you recognize the still photograph in 771?

24    A    I do.  It depicts what is on the monitors

25         currently.

27

```
 1    Q    And again, would you be willing to mark just in a
 2         few short words what's occurring in this slide,
 3         the most significant thing?
 4    A    Sure.
 5                   MR. CHISHOLM:  Judge, there's a
 6         question from the juror.
 7                   THE COURT:  I'm sorry?
 8                   JUROR NO. 11:  I didn't hear, did you
 9         say the second shot was fired now, right now in
10         771?
11                   MR. CHISHOLM:  Do you want me to reask
12         the question?
13                   THE COURT:  Why don't we clarify that.
14         Normally we don't have questions, but if you
15         didn't hear it I need to have it --
16                   JUROR NO. 11:  Yeah.
17                   THE COURT:  -- I need to have it
18         replayed.  Do you want to -- let's have the court
19         reporter read it back since it's -- I don't want
20         to have to have that altered.
21                   (Answer read.)
22                   JUROR NO. 11:  Thank you.
23                   THE COURT:  And just so we're clear,
24         you're Juror No.?
25                   JUROR NO. 11:  Huh?
```

28

```
 1                    THE COURT:  Juror No.?

 2                    JUROR NO. 11:  11.

 3                    THE COURT:  Thank you.

 4    BY MR. CHISHOLM:

 5    Q    Did you have an opportunity to annotate this

 6         particular frame?

 7    A    I did.

 8    Q    And it indicates that you are stating that this

 9         says what?

10    A    "Slide rearward, second shot."

11    Q    Thank you.

12    A    You're welcome.

13    Q    Now, again, I would ask you just to step away from

14         the stand for just a moment, go to the larger

15         screen, and is there anything else in this picture

16         that -- that confirms that a shot has been fired?

17    A    Based upon -- and it's pixilated -- but as you

18         watch the frames as they progress, the webbing --

19         the hand slide nor ally sits equal distance to the

20         weapon, and when the slide goes rearward as the

21         shot's fired, the cycle of the weapon chambers a

22         new round, and will move backward towards the

23         wrist, which appears to be the case here, and

24         there's movement upward of the weapon, which is

25         the recoil of the weapon after a shot is fired.
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 30 of 48   Document 50-3304314

1    Q    And do you recognize this object right here as

2         well?

3    A    It appears to be the casing coming out from the

4         weapon itself after it was ejected when the slide

5         started to move rearward.

6    Q    And if we could, could we just move back a couple

7         frames and move forward?

8              MR. LINDSAY:  Moving in reverse from

9         frame 771 back several frames.  Frame 768.  And

10        then advancing again to 771.

11             (The video was played.)

12   BY MR. CHISHOLM:

13   Q    Having seen that again, are you confident that

14        that's what's occurring here?

15   A    I am.  The casing appears then after it's ejected

16        from the weapon.

17   Q    Thank you.

18   A    You're welcome.

19   Q    So if we now move from 771 to frame 800.

20             (The video was played.)

21             MR. LINDSAY:  I advanced to 804.

22   BY MR. CHISHOLM:

23   Q    We moved from 771 to 804.  Can you describe what

24        occurs during those frames?

25   A    You can see the weapon finish its recoil upward

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 31 of 48   Document 50-33   SM150304315

```
 1           and come back to a settled -- what we call a

 2           settled position with the two-handed grip, and

 3           Officer Heaggan-Brown tracking the subject while

 4           he's down as his feet went back in a southeasterly

 5           direction and then came back over the top again

 6           off to the side.

 7     Q     Frame 802 or 801 up to 835.

 8                     MR. LINDSAY:  We're at frame 804

 9           advancing to 835.

10                     (The video was played.)

11     BY MR. CHISHOLM:

12     Q     And again, can you describe that movement?

13     A     Just prior to 804 you could see Officer

14           Heaggan-Brown.  Officer Heaggan-Brown's left hand

15           go towards his upper lapel area where his lapel

16           mic for his portable radio is located.  It appears

17           as though that's a transmission that he was going

18           to make after firing the second round, and then he

19           comes back down with his left hand to do a

20           two-handed grip on his firearm.

21     Q     From 835 to 915.

22                     (The video was played.)

23     BY MR. CHISHOLM:

24     Q     And can you describe those frames, please?

25     A     He again took his left hand off the weapon.  I
```

31

```
 1           should have also clarified on that previous series
 2           of frames that that also could have been him
 3           activating his body camera because I believe the
 4           activation buttons are located on the center of
 5           the chest.  This one or the previous was that
 6           along with most likely a radio transmission that
 7           he was attempting to do at that point in time.
 8    Q     I'd move from 835 to 915.
 9                MR. LINDSAY:  We're at 915.
10    BY MR. CHISHOLM:
11    Q     I'm sorry, 915 to 1035.
12                (The video was played.)
13    BY MR. CHISHOLM:
14    Q     Can you describe what occurs there?
15    A     Officer Brown -- Officer Heaggan-Brown continues
16           to cover Mr. Smith with his firearm as Mr. Smith's
17           body becomes relaxed, his arms start to go down
18           towards his body, his legs curl over to the side,
19           and his left hand at that point goes down towards
20           his left waistband pocket area, and you can see
21           the visible wound in his right arm at that point
22           in time.
23    Q     From 1035 to 1061.
24                (The video was played.)
25    BY MR. CHISHOLM:
```

```
 1    Q      Can you describe that?

 2    A      That is when his hand continued down towards the

 3           waist/left pocket area, and Officer Heaggan-Brown

 4           then reaches down and clears his hand from that

 5           waistband/pocket area.

 6    Q      From 1061 to 1124.

 7                   (The video was played.)

 8    BY MR. CHISHOLM:

 9    Q      Describe that, please.

10    A      That is where he removed Mr. Smith's hand from the

11           waistband area and moved it up towards his head

12           and again reached down to what appeared to be

13           clearing his hand from his waistband/pocket area.

14    Q      And then from 1124 to 1225.

15                   (The video was played.)

16    BY MR. CHISHOLM:

17    Q      Can you describe that?  Can you describe that

18           timeframe?

19    A      That was during -- matching up with during the

20           real time playing when Officer Heaggan-Brown was

21           getting stung by a bee or bees at that point in

22           time, and he almost transitioned his weapon into

23           his left hand and was looking down at his -- and

24           extending his left arm.

25    Q      Then we'll do one more, and that is from 1225 to
```

33

SM004318

```
 1              1384.

 2                        (The video was played.)

 3      BY MR. CHISHOLM:

 4      Q    And again, can you just describe those frames?

 5      A    That was during the course in time when Officer

 6           Heaggan-Brown was stung by the bees and also was

 7           calling out to his partner, Officer Malafa, and

 8           they were radioing in about the officer-involved

 9           shooting and things of that nature.

10      Q    Thank you.  Having looked at all of those frames,

11           you then attempted, based on the frames per

12           second, to come up with a timeframe from the first

13           shot to the second shot; is that correct?

14      A    Yes, I did.

15      Q    Can you describe how you did that and what

16           conclusion you came to?

17      A    I did a frame count from the earliest point in

18           time that I could make a determination that the

19           weapon had been fired, between viewing Officer

20           Heaggan-Brown's body camera and Officer Malafa's

21           body camera, and I did a frame count from the

22           first movement of the firearm until the second

23           movement of the firearm, which were indicative of

24           shots being fired, and I came up with an

25           approximation of 1.69 seconds.
```

34

```
 1    Q      Thank you.

 2    A      You're welcome.

 3    Q      And what I would like now to do is switch back

 4           over to Officer Malafa's body camera and just --

 5           focus just on -- on that same timeframe just so

 6           that you can review that process, but we'll just

 7           go right to that specific timeframe, from the

 8           first shot to second shot.

 9    A      Okay.

10                   MR. LINDSAY:  And I'm now opening the

11           MP4 file containing the body camera footage of

12           Officer Malafa.  And I'm advancing it to frame

13           313.

14                   MR. CHISHOLM:  If we could advance from

15           313 to 324, please.

16                   (The video was played.)

17    BY MR. CHISHOLM:

18    Q      Can you describe what occurs in those frames?

19    A      In the very first few frames you could see the

20           weapon and Mr. Smith's hand as he's falling to the

21           ground.  Officer Heaggan-Brown appears to keep his

22           thumb near the thumb break or his holster with his

23           -- the rest of his fingers on his right hand near

24           the mag well, and he also has his left hand

25           towards his duty belt area.
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 36 of 48   Document 33   SMITH004320

```
 1    Q    And would that be consistent where his taser is
 2         located as well?
 3    A    Yes, it would be.
 4    Q    If I move from 324 to 325 frame, can you describe
 5         what occurs there?
 6    A    It appears as though he's starting to grip his
 7         firearm with his fingers curled underneath the
 8         magazine well backstrap area of the pistol.
 9    Q    And what is Officer Malafa doing at this time, if
10         you can infer from this picture?
11    A    It appears as though he's actually radioing or
12         transmitting on his lapel mic.
13    Q    If I go from 325 to 335 --
14              (The video was played.)
15   BY MR. CHISHOLM:
16    Q    -- can you describe that?
17    A    That was when Officer Heaggan-Brown actually drew
18         his service pistol with that previous frame
19         showing him gripping the mag well area and
20         backstrap of the weapon and then clearing the
21         holster and coming out to the two-handed hold.
22    Q    If I go from 335 to 342 --
23              (The video was played.)
24   BY MR. CHISHOLM:
25    Q    -- can you describe that?
```

```
1    A     Mr. Smith had fallen, and this is when he reached
2          up with his left hand and was bracing himself,
3          helping himself back up onto his feet, and you can
4          see the weapon visible underneath his right hand.
5    Q     324 to 345.
6                        (The video was played.)
7                        THE WITNESS:  That is where he is
8          becoming more vertical coming to a standing
9          position, and the weapon is clearly visible in his
10         right hand with his head turning back towards
11         Officer Heaggan-Brown.
12   BY MR. CHISHOLM:
13   Q     And 345 up to 352.
14                       (The video was played.)
15                       MR. LINDSAY:  I advanced to 353 and
16         then I reversed one frame to 352.
17   BY MR. CHISHOLM:
18   Q     And can you describe that, please?
19   A     That is where Mr. Smith rose with the firearm, had
20         his head turned in the direction of Officer
21         Heaggan-Brown, and it appears the slide has now
22         begun its rearward movement on the -- on Officer
23         Heaggan-Brown's duty pistol.
24   Q     Take you to one slide to 353.  You previously
25         identified that as the approximate time you
```

37

| | | |
|---|---|---|
| 1 | | believe what happened? |
| 2 | A | When the first shot was fired. |
| 3 | Q | Thank you. |
| 4 | | MR. CHISHOLM:  Your Honor, I'm going to |
| 5 | | approach the witness with Exhibit 71.  It is |
| 6 | | similar to Exhibit No. 72.  It contains still |
| 7 | | photographs of Officer Malafa's camera. |
| 8 | BY MR. CHISHOLM: | |
| 9 | Q | I'll show you Exhibit No. 71 and just ask you if |
| 10 | | you can identify that exhibit. |
| 11 | A | Yes, these are still photos of Officer Malafa's |
| 12 | | body camera. |
| 13 | Q | And again, could you go to the frame that we've |
| 14 | | identified as frame 353? |
| 15 | A | That matches up with the still frame on the |
| 16 | | monitors. |
| 17 | Q | And again, would you be willing to annotate that |
| 18 | | particular still shot just by indicating briefly |
| 19 | | what is occurring there? |
| 20 | A | (Complies.) |
| 21 | Q | Can you state what you've written there? |
| 22 | A | "First shot, slide rearward." |
| 23 | Q | Thank you.  Now, if we could, I would like to |
| 24 | | advance from 353 -- from 353 to 379. |
| 25 | | (The video was played.) |

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 39 of 48   Document 33    SM150-004323

```
 1    BY MR. CHISHOLM:

 2    Q    Can you describe what occurs there?

 3    A    That's after the first round had been fired.

 4         Mr. Smith had thrown the gun in an easterly

 5         direction over the fence and began his downward

 6         movement falling back downward.

 7    Q    And can we advance to frame 380, please?

 8                   (The video was played.)

 9    BY MR. CHISHOLM:

10    Q    And again, can you describe that frame?

11    A    That is where Mr. Smith was on his back and his

12         hands now making a movement up towards his head

13         area.

14    Q    Advancing to frame 395.

15                   (The video was played.)

16    BY MR. CHISHOLM:

17    Q    Can you describe what's occurred there?

18    A    That was similar to Officer Heaggan-Brown's video

19         before.  In this fashion you can see more clearly

20         his hands and arms rising up towards the area of

21         his head with his feet coming up over the top and

22         with his soles upward.

23    Q    And from 395 to 405.

24                   (The video was played.)

25                   THE WITNESS:  That is where the feet
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 40 of 48   Document 133   SMITH004324

```
 1              continued movement upward, and at this point in
 2              time, it appears that the slide is moving rearward
 3              on Officer Heaggan-Brown's firearm.
 4         BY MR. CHISHOLM:
 5         Q    And that would be consistent with the second shot?
 6         A    Correct.
 7         Q    Thank you.  And I'll do the same thing.  I'll just
 8              move to frame 405 and show you Exhibit 71 and just
 9              ask if you would mark that exhibit.
10         A    (Complies.)
11         Q    Thank you.  Can you identify the exhibit that you
12              marked?
13         A    Frame No. 405, which matches up with the still
14              frame on the monitors, and I indicated by "second
15              shot, slide rear."
16         Q    Thank you.
17         A    You're welcome.
18                   MR. CHISHOLM:  Your Honor, I would ask
19              that Exhibit 70 [sic] also be entered into the
20              record.
21                   THE COURT:  Any objection?
22                   MR. CHISHOLM:  I'm sorry, it's
23              Exhibit 71.
24                   THE COURT:  71.
25                   MR. SMITH:  No, sir.
```

40

```
 1                    THE COURT:  It will be received.

 2                    (Exhibit 71 was received.)

 3    BY MR. CHISHOLM:

 4    Q      Agent Novak, I would also like you to -- we're

 5           going to move the frame on Officer Malafa's body

 6           camera back to a point in time prior to the

 7           shooting, and were you able to make an estimation

 8           of the period from when Officer Heaggan-Brown

 9           first fully grabs his pistol until when he fires

10           his first shot?

11    A      Yes.

12    Q      And again, you use the same process that you've

13           used from first shot to second shot to look at

14           that timeframe as well?

15    A      Correct.

16                    MR. LINDSAY:  And I'm moving the still

17           frame to frame 325.

18    BY MR. CHISHOLM:

19    Q      So again, I think you've previously identified

20           this particular frame, and now if I move forward

21           to frame 353, and you recognize frame 353 as

22           having been previously marked as where the first

23           shot is fired on this camera?

24    A      Yes.

25    Q      And using that information, were you able to come
```

41

```
 1          up with an estimate of the time using the same

 2          method that you used before?

 3   A      I did.

 4   Q      And what did you conclude?

 5   A      A little less than a second, approximately.

 6                    MR. CHISHOLM:  May we have a side-bar?

 7                    THE COURT:  Okay.

 8                    (An off-the-record side-bar was held.)

 9                    THE COURT:  Is that a hand up?

10                    THE BAILIFF:  Jo Jo's got it.

11                    THE COURT:  All right.  We're going to

12          take a 10-minute break now and then we should

13          finish up by noon with a handful of things that we

14          have planned, get you to lunch, and then we'll

15          continue on at 1:30.

16                    THE BAILIFF:  All rise for the jury.

17                    (The jury left the courtroom.)

18                    THE BAILIFF:  You may be seated.  Court

19          is still in session.

20                    THE COURT:  Okay.  Let's take our

21          10-minute break.  It's my understanding that there

22          are going to be some transcripts that are going to

23          be handed out.  I have to get the instruction that

24          I will read to the jury.  It's my understanding

25          it's about 16 minutes, so that by the time we get
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 43 of 48   Document 133   SM50133004327

```
 1          them back in the box, do the instruction, play
 2          that, it should bring us right up to around 12:00.
 3          We'll then reconvene -- if you want, maybe we can
 4          reconvene at 1:15, get everyone back up here so
 5          that we actually get into the courtroom and get
 6          going at 1:30.  Then we'll do some publication of
 7          certain photos, and then we'll move along.  Will
 8          that work?
 9                    MR. SMITH:  Sure.
10                    MR. CHISHOLM:  Yes, Your Honor.
11                    THE COURT:  You might as well answer
12          because you don't get that chance too often.
13                    MR. KOHN:  The only concern we have at
14          1:15, Your Honor, is we normally try to remove
15          ourselves from this complex.
16                    THE COURT:  When I say 1:15, I'm
17          actually more like getting the jury up here and
18          getting everybody ready to go so that we can start
19          right at 1:30, so that when you come up we're
20          ready to go.
21                    MR. KOHN:  Thank you.
22                    THE COURT:  So that's fine.  Thank you.
23          We're in recess for 10 minutes.
24                    (Witness stepped down.)
25                    (Recess taken from 11:26 a.m. until
```

43

```
 1        11:49 a.m.)
 2                    THE BAILIFF:  All rise for the jury.
 3                    (The jury entered the courtroom.)
 4                    THE BAILIFF:  You may be seated.
 5                    THE COURT:  All right.  We're going
 6        to -- we have about a 16-minute recording of audio
 7        and video, I believe, or is it just audio?
 8                    MR. LINDSAY:  Your Honor, the State is
 9        going to play the video portion of Officer
10        Heaggan-Brown's body camera footage with audio,
11        and a transcript has been prepared and labeled
12        Exhibit No. 43.  It's been provided to the defense
13        and I have a copy for the Court as well, and I
14        will be playing the footage within the MP4 file in
15        its entirety.
16                    THE COURT:  All right.  And so we can
17        pass -- do we have the transcripts?
18                    MR. LINDSAY:  I've given them to your
19        deputy, and he'll be handing them out, Your Honor.
20                    THE COURT:  Okay.  While we're handing
21        them out, I just have a very quick instruction for
22        you with regard to this.
23                    You are about to hear an audio
24        recording with an audio -- well, actually view an
25        audio visual recording.  Recordings are proper
```

44

```
 1        evidence and you may consider them just as any
 2        other evidence.  Listen carefully, some parts may
 3        be hard to understand.
 4                  You'll be provided with a transcript to
 5        help you listen to the recording.  If you notice
 6        any difference between what you heard on the
 7        recording and what you read in the transcript, you
 8        must rely on what you heard and not what you read.
 9                  All right.  And then with regard to the
10        defense, there is a stipulation that the
11        transcript is reasonably accurate?
12                  MR. SMITH:  I believe best efforts have
13        been made in that regard by the State.
14                  THE COURT:  Right, and I guess that's
15        the best we can hope for.  There are no glaring
16        errors; is that correct?
17                  MR. SMITH:  Not that I've identified,
18        correct.
19                  THE COURT:  Okay.  Thank you.
20                  MR. LINDSAY:  And I'm beginning the
21        recording, Your Honor.
22                  THE COURT:  All right.
23                  (The video was played.)
24                  MR. LINDSAY:  I'm sorry, Judge.
25                  THE COURT:  We have no audio.  Try it
```

45

```
 1          again, I guess.
 2                    MR. LINDSAY:  Your Honor, can I have --
 3          we have an individual here that will help us make
 4          sure this works.
 5                    THE COURT:  Let's do that quickly.
 6          Okay.
 7                    (The video was played.)
 8                    THE COURT:  Okay.  That will be the
 9          extent of the morning's session.  The -- one of
10          the bailiffs will pick up the transcripts.  Have a
11          good lunch.  We'll start up at 1:30.
12                    THE BAILIFF:  All rise for the jury.
13                    (The jury left the courtroom.)
14                    MR. KOHN:  Side-bar?
15                    THE COURT:  Sure.
16                    (An off-the-record side-bar was held.)
17                    THE BAILIFF:  You may be seated.
18                    THE COURT:  All right.  See everyone
19          right at 1:30.  All right.  We're in recess until
20          1:30.
21                    (Noon recess.)
22                    (Proceedings adjourned at 12:12 p.m.)
23
24
25
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 47 of 48   Document 50-33

```
 1    STATE OF WISCONSIN    )

 2                          ) ss.

 3    MILWAUKEE COUNTY       )

 4

 5

 6                          I, LAURELL L. BRESLOW-COLLIEN,

 7    Official Court Reporter in and for the Circuit Court of

 8    Milwaukee County, do hereby certify that the foregoing

 9    is a true and correct transcript of all the proceedings

10    had in the above-entitled matter as the same are

11    contained in my original machine shorthand notes on the

12    said trial or proceedings.

13

14    Dated at Milwaukee, Wisconsin on October 23, 2017.

15

16

17

18

19

20    _____
      Electronically signed by:
21    LAURELL L. BRESLOW-COLLIEN, RPR
      OFFICIAL COURT REPORTER
22

23

24

25
```

47