IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf,<br><br>   Plaintiffs,<br><br> v.<br><br>CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN,<br><br>   Defendants. | )<br>) No. 17-cv-862<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# EXHIBIT 36

Dwayne Pratchet Deposition Transcript

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900

# Estate of Sylville Smith, et al. v. City of Milwaukee, et al.

2:17CV862LA

Transcript of the Video Deposition of:

# Dwayne Pratchet

December 19, 2017



800.899.7222 • www.GramannReporting.com

MILWAUKEE  414.272.7878 • FAX: 414.272.1806 • 740 North Plankinton Ave, Suite 400, Milwaukee, WI 53203
MADISON  608.268.0435 • FAX: 608.268.0437 • 14 West Mifflin Street, Suite 311, Madison, WI 53703

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF WISCONSIN
         ---------------------------------------------------
 3
         The ESTATE of SYLVILLE K. SMITH,
 4       by Personal Representative
         Mildred Haynes, Patrick Smith,
 5       and Mildred Haynes, on her own behalf,

 6                     Plaintiffs,

 7              vs.                    Case No. 2:17 cv 862-LA

 8       CITY OF MILWAUKEE, WISCONSIN
         and DOMINIQUE HEAGGAN-BROWN,
 9
                       Defendants.
10
         ---------------------------------------------------
11

12

13           Videotape Deposition of DWAYNE PRATCHET

14              Tuesday, December 19th, 2017

15

16                         9:32 a.m.

17                            at

                     GRAMANN REPORTING, LTD.
18                 740 North Plankinton Avenue
                      Milwaukee, Wisconsin
19

20
                 Reported by Tammy R. O'Neal, RPR
21

22

23

24

25
```

1                    Videotape Deposition of DWAYNE PRATCHET, a

2            witness in the above-entitled action, taken at the

3            instance of the Plaintiffs, pursuant to the Federal

4            Rules of Civil Procedure, pursuant to Subpoena,

5            before Tammy R. O'Neal, RPR and Notary Public, State

6            of Wisconsin, at Gramann Reporting. Ltd., 740 North

7            Plankinton Avenue, Milwaukee, Wisconsin, on the 19th

8            day of December, 2017, commencing at 9:32 a.m. and

9            concluding at 11:58 a.m.

10      A P P E A R A N C E S:

11                    LOEVY & LOEVY, by
                         Mr. David B. Owens and
12                       Ms. Danielle Hamilton
                         311 North Aberdeen Street, 3rd Floor
13                       Chicago, Illinois 60607
                         Appeared on behalf of Plaintiffs.
14
                      MILWAUKEE CITY ATTORNEY'S OFFICE, by
15                       Ms. Naomi E. Gehling
                         841 North Broadway, 7th Floor
16                       Milwaukee, Wisconsin 53202-3515
                         Appeared on behalf of Defendants.
17      Also Present:  Desmond Rodriguez, CLVS, Videographer

18                              I N D E X
        EXAMINATION BY                                       PAGE
19      BY MR. OWENS:                                           4
                              E X H I B I T S
20      NUMBER                                      PAGE IDENTIFIED

21      Exh. 1   Supervisor responsibilities at          37
                 critical incident
22      Exh. 2   Sergeant Pratchet's supplemental        39
                 report
23      Exh. 3   Trial transcript                        80
        Exh. 4   Computer printouts of pay periods and   82
24               time card
        (Original exhibits retained by court reporter, then returned
25      to Mr. Owens. Copies avaliable to attorneys who ordered them)

1                  TRANSCRIPT OF PROCEEDINGS

2                  THE VIDEOGRAPHER:  We are on the record at

3       9:32 a.m. on Tuesday, December 19, 2017.  This is

4       volume number one, DVD one of the video deposition of

5       Sergeant Pratchet taken by the Plaintiff in the

6       matter of the Estate of Sylville Smith, et al. versus

7       the City of Milwaukee, et al. filed in the U.S.

8       District Court, Case No. 2:17 cv 862-LA.  This

9       deposition is being held at Gramann Reporting located

10      at 740 North Plankinton Avenue, Suite 400, in

11      Milwaukee, Wisconsin 53203.  My name is Desmond

12      Rodriguez from the firm Gramann Reporting, and I am

13      the videographer.  The court reporter is Tammy O'Neal

14      of Gramann Reporting.

15                  Counsel will now state their appearance and

16      affiliation for the record starting with the

17      Plaintiff, and the court reporter will swear in the

18      witness.

19                  MR. OWENS:  This is David B. Owens on

20      behalf of the Plaintiffs.

21                  MS. HAMILTON:  Danielle Hamilton on behalf

22      of the Plaintiffs.

23                  MS. GEHLING:  Naomi Gehling on behalf of

24      all defendants.

25                  DWAYNE PRATCHET, called as a witness

```
 1      herein, having been first duly sworn on oath, was examined

 2      and testified as follows:

 3                              EXAMINATION

 4      BY MR. OWENS:

 5      Q    Sir, could you please state and spell your name for

 6           the record.

 7      A    Dwayne, D-W-A-Y-N-E, Pratchet, P-R-A-T-C-H-E-T.

 8      Q    And where are you employed?

 9      A    Milwaukee Police Department.

10      Q    What's your rank in the Milwaukee Police Department?

11      A    Sergeant.

12      Q    How long have you been a sergeant for the --

13      A    That's --

14      Q    Excuse me.  Sergeant.  So one thing, let's get this

15           out there first, is that I'm going to be asking you a

16           series of questions today under oath --

17      A    Okay.

18      Q    -- as if you were in court.  You understand that?

19      A    Yes.

20      Q    And you understand the oath you just took is the same

21           oath that you would give as if you were in court?

22      A    Yes, I do.

23      Q    Under penalty of perjury?

24      A    Yes.

25      Q    But since we're not in court today, there's no judge
```

Case 2:17-cv-00862-LA   Filed 06/14/19   Page 6 of 8   Document 50-39

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Did you review any other testimony? |
| 3 | A | No. |
| 4 | Q | You testified in the criminal prosecution of |
| 5 | | Mr. Heaggan-Brown, correct? |
| 6 | A | Yes. |
| 7 | Q | Very briefly, right? |
| 8 | A | Yes. |
| 9 | Q | Did you review that testimony? |
| 10 | A | Just my portion of it. |
| 11 | Q | When did you review that? |
| 12 | A | This morning. |
| 13 | Q | Did that appear to be true and accurate? |
| 14 | A | Yes. |
| 15 | Q | Did you testify truthfully at Mr. Heaggan-Brown's |
| 16 | | criminal trial? |
| 17 | A | Yes. |
| 18 | Q | Did you look at any other documents this morning? |
| 19 | A | I believe it was the subpoena that you sent me and an |
| 20 | | incident report that I submitted. |
| 21 | Q | Okay.  And was that incident report containing the |
| 22 | | public safety statement of Officer Heaggan-Brown? |
| 23 | A | Yes. |
| 24 | Q | Now, what's a public safety statement? |
| 25 | A | Public safety statement is a statement that the |

```
 1           member offers after a critical incident.  The gist of
 2           it is so that we can get an understanding are there
 3           any more other suspects out there, any more witnesses
 4           we should be looking for, where is the evidence, so
 5           it's just kind of a brief statement that the officer
 6           gives a supervisor.
 7      Q    Okay.  Outside of your trial testimony and the
 8           supplemental report containing the public safety
 9           statement, did you review any other documents?
10      A    No.
11      Q    Did you have any conversations with anyone outside of
12           your attorney about this deposition?
13      A    No.
14      Q    Have you had any conversations with Officer
15           Heaggan-Brown --
16      A    No.  Oh, I'm sorry.
17      Q    I kind of paused.  That was fair.  So have you had
18           any conversations with Officer Heaggan-Brown about
19           this lawsuit?
20      A    No.
21      Q    Did you have any conversations with him about the
22           incident involving the shooting of Sylville Smith
23           outside of the day that the shooting happened?
24      A    No.
25      Q    Did you talk to him the next day?
```