IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| The ESTATE OF SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN, <br><br> Defendants. | No. 17-cv-862 <br><br><br><br> JURY TRIAL DEMANDED |

# EXHIBIT 43

Malafa – Voden Call History

(FILED UNDER SEAL)

David B. Owens
Danielle Hamilton
LOEVY & LOEVY
311 N. Aberdeen St, Third FL
Chicago, IL 60607
(312) 243-5900