UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**The ESTATE of SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf,**

      Plaintiffs,

    v.                                    Case No. 17-C-862

**CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN,**

      Defendants.

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **October 29, 2019 at 11:30 a.m.** The court will initiate the call. Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide contact information.

Dated at Milwaukee, Wisconsin, this 23rd day October, 2019.

                                            s/Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge