UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

THE ESTATE OF SYLVILLE K. SMITH, et al.,

     Plaintiffs,

v.                                                       Case No. 17-CV-862

CITY OF MILWAUKEE,
and DOMINIQUE HEAGGAN-BROWN,

     Defendants.

_____

# NOTICE OF APPEAL
_____

Notice is hereby given that defendant, Dominique Heaggan-Brown, by his attorneys, Grant F. Langley, City Attorney, and Jan A. Smokowicz, Deputy City Attorney, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order of United States District Court Judge Lynn Adelman dated October 18, 2019, denying this defendant's motion for summary judgment.

The defendant, Dominique Heaggan-Brown, hereby appeals from that portion of Judge Adelman's order dated October 18, 2019 denying him summary judgment on the ground of qualified immunity. The district court's denial of qualified immunity is an immediately appealable final decision within the meaning of 28 U.S.C. §1291. *Behrens v. Pelletier*, 516 U.S. 299, 306 (1996).

Dated at Milwaukee, Wisconsin this 28th day of October, 2019.

                                        GRANT F. LANGLEY
                                        City Attorney

                                        s/JAN A. SMOKOWICZ
                                        Deputy City Attorney
                                        State Bar No. 01008429
                                        Attorneys for Defendants

P.O. ADDRESS:

200 East Wells Street, Room 800
Milwaukee, WI 53202
(414) 286-2601
Facsimile: (414) 286-8550
jsmoko@milwaukee.gov

1032-2017-1371:264299