# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**The ESTATE of SYLVILLE K. SMITH, by
Personal Representative Mildred Haynes,
Patrick Smith, and Mildred Haynes, on
her own behalf,**

    **Plaintiffs,**

  **v.**             **Case No. 17-cv-862**

**CITY OF MILWAUKEE, WISCONSIN and
DOMINIQUE HEAGGAN-BROWN,**

    **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding    Date:  8/19/20
Time Commenced:  11:16 a.m.    Concluded:  11:21 a.m.
Deputy Clerk: TR        Court Reporter:  none

APPEARANCES:

Plaintiff:  David Owens

Defendant:  Naomi Gehling

Nature of Conference: Telephonic Status Conference

Notes:

- **The parties have a second mediation session scheduled for September 9. In the event mediation is unsuccessful, the Court set a trial date for December 14, 2020 at 8:30 a.m. A final pretrial conference shall be held on November 30, 2020 at 1:10 p.m.**