# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**The ESTATE of SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf,**
    Plaintiffs,

v.              Case No. 17-cv-862

**CITY OF MILWAUKEE, WISCONSIN and DOMINIQUE HEAGGAN-BROWN,**
    Defendants.

---

### ORDER

On August 19, 2020, the court held a status conference in the above-captioned case for the purpose of setting this matter for trial.

**IT IS ORDERED** that:

1. Motions in limine shall be filed on or before **November 2, 2020.** Response briefs shall be filed on or before **November 9, 2020.** Reply briefs, if any, shall be filed on or before **November 16, 2020.**

2. a. On **November 30, 2020** at 1:10 p.m., a final pretrial conference will be held in Room 364 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, pursuant to Civil L.R. 16(b).

  b. All parties shall prepare and file pretrial reports in the form set forth in Civil L.R. 16(c) on or before **November 23, 2020.** The attorney who will try the case must sign the report. Sanctions, which may include the dismissal of claims and defenses, may be imposed if a pretrial report is not filed.

Each proposed instruction on the substantive issues shall be submitted on a separate page, with its source clearly noted at the bottom.

3. Counsel are expected to arrive at stipulations that will save time during the trial. Such stipulations must include stipulated admissibility of all exhibits upon which agreement is possible.

4. This case will be called for trial on **December 14, 2020** at 8:30 a.m.

**SO ORDERED** at Milwaukee, Wisconsin, this 24th day of September, 2020.

s/Lynn Adelman
LYNN ADELMAN
District Judge