IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| The ESTATE of SYLVILLE K. SMITH, by Personal Representative Mildred Haynes, Patrick Smith, and Mildred Haynes, on her own behalf. | No. 2:17 cv 862-LA |
| Plaintiffs, | Hon. Lynn Adelman, presiding |
| v. | |
| CITY OF MILWAUKEE, WISCONSIN AND DOMINIQUE HEAGGAN-BROWN, | JURY TRIAL DEMANDED |
| Defendants. | |

## Stipulation of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a), and agreement and stipulation of parties, it is hereby stipulated that this matter is dismissed, with prejudice, pursuant to the settlement agreement reached between the parties.

RESPECTFULLY SUBMITTED,

s/ David B. Owens

David B. Owens
Danielle O. Hamilton
David B. Owens
LOEVY & LOEVY
311 North Aberdeen, 3FL
Chicago, IL 60607
(312) 243-5900
*Counsel for Plaintiffs*

1